ORIGINAL

**IN THE UNITED STAES COURT OF FEDERAL CLAIMS**

FILED
SEP 2 4 2004
U.S. COURT OF
FEDERAL CLAIMS

| | | |
|---|---|---|
| WESTIN RIVERWALK<br>420 West Market Street<br>San Antonio, TX 7820: | * | |
| Plaintiff | * | |
| Vs. | * | CASE NO: 04-1490C |
| THE UNITED STATES OF AMERICA<br>(U.S. NATIONAL GUARD BUREAU) | * | |
| Defendant | * | |

* * * * * * * * * * * *

**COMPLAINT**

COMES NOW the Plaintiff, Westin Riverwalk, by and through its attorneys, Marsden, Botsaris & Seledee, P.A. and Joel D. Seledee, Esquire, and hereby sues the Defendant, The United States of America (hereinafter "USA"), and for reasons therefore states as follows:

1. That jurisdiction in this matter is based upon 28 USC 1491.
2. That on or about February 1, 2002, Defendant USA, on behalf of the US National Guard Bureau, entered into a contract (hereinafter the "contract") with the Plaintiff, whereby the Plaintiff agreed to provide Defendant United States with hotel rooms, meeting rooms, food and beverage, and additional services in connection with Defendant United States' February 11, 2002, Air National Guard Bureau Meeting in San Antonio, Texas.
3. That the Plaintiff performed each and every duty and/or service required and/or requested of it by the Defendant, under the terms of the contract in a reasonable and workmanlike fashion.
4. That despite its continued demand for payment of same, Defendant United States has refused to reimburse the Plaintiff for all services rendered and/or goods provided by the Plaintiff.
5. That Defendant United States' failure to reimburse the Plaintiff for all services rendered and/or goods provided represents a material breach of the contract between the parties.
6. That due to Defendant United States' breach of the contract, the Plaintiff has suffered damages in the amount of $4,746.56.

WHEREFORE, Plaintiff prays this Court for entry of judgment against Defendant United States in the amount of $4,746.56 together with pre and post-judgment interest, attorney fees, the cost of this matter, and any additional relief which this Court deems appropriate.

Joel D. Seledee, Esquire
Marsden, Botsaris & Seledee, P.A.
1 N. Charles St. Suite 2300
Baltimore, MD 21201
410-783-2700
Attorney for Plaintiff

File Copy


**MARSDEN, BOTSARIS & SELEDEE, P.A.**

ATTORNEYS AT LAW

BLAUSTEIN BUILDING, SUITE 2300
ONE NORTH CHARLES STREET
BALTIMORE, MARYLAND 21201

ELLIOTT JAY MARSDEN (DC, VA)
MICHAEL S. BOTSARIS
JOEL D. SELEDEE (DC)

DANIEL S. DENGLER

(410) 783-2700
FAX (410) 783-4130
E-MAIL: mbs@mbslawfirm.com

OFFICES:
BALTIMORE, MD
FAIRFAX, VA
WASHINGTON, DC


September 18, 2003

Ms. Mary Ann Enz
Contracting Officer
Air National Guard
1411 Jefferson Davis Highway
Suite 8500
Arlington, VA 22202

RE: Westin Riverwalk – San Antonio
v. US Dept Of Defense (Air National Guard)
Contract No. DAHA 90-02-P-0063
Claim Amount: $4,746.56
Our File No. 20302460C

Dear Ms. Enz:

Please be advised that the law firm of Marsden, Botsaris & Seledee, PA, and Joel D. Seledee, Esquire, represent the Westin Riverwalk Hotel with regard to the above-captioned claim against the Air National Guard. Please let this correspondence serve as Westin's formal claim in accordance with the provisions of the Contract Dispute Act of 1978, 41 U.S.C. 601 through 13 (1994 Supp. V. 1999). As you know, the Westin Riverwalk Hotel provided various services to the Air National Guard under the provisions of Contract No. DAHA 90-02-P-0063. The total balance owed to Westin as a result of services provided to the Air National Guard totaled $4,746.56. However, the Air National Guard has made no payments toward this amount, resulting in an outstanding balance owed of $4,746.56. Please let this correspondence serve as Westin's claim for that balance. A copy of all invoices in support of this claim amount have been attached hereto.

Thank you for your attention and cooperation in this matter. I look forward to receiving your final determination with regard to Westin's claim for $4,746.56. Any payment may be made to Westin Riverwalk Hotel in care of my offices.

Very truly yours,

Marsden, Botsaris & Seledee, PA

/s/

Joel D.Seledee

JDS/mj
Enclosures

cc: CMSGT Renee Chapman
Air National Guard
1411 Jefferson Davis Highway
Suite 8500
Arlington, VA 22202

LETTER OF AGREEMENT BETWEEN **THE WESTIN RIVERWALK HOTEL AND AIR NATIONAL GUARD BUREAU**

Friday, November 16, 2001

CMSGT Renee Chapman
~~Ms. Monica Nickleberry~~
Meeting Planner
**AIR NATIONAL GUARD BUREAU**
1411 Jefferson Davis Hwy
Suite 8500
Arlington, VA 22202
Phone: 703-607-~~8669~~ 0874
Fax: 703-607-~~1555~~ 1315

The Westin Riverwalk Hotel
420 West Market Street
San Antonio, TX 78205
(210) 224-6500 Hotel Main Number
(210) 444-6011 Direct
(210) 444-6100 Sales Fax Number
Billie Lewis, Sales Manager
Billie.lewis@westin.com

**RE:** **Air National Guard Bureau**
**MEETING DATES:** Monday, February 11, 2002 - Friday, February 15, 2002

**AIR NATIONAL GUARD BUREAU** ("Group") and The Westin Riverwalk ("Hotel") agree as follows:

By signing and returning the enclosed copy of this contract by November 30, 2001, these arrangements will be agreed to on a definite basis.

Between now and November 30, 2001, unless both parties have agreed upon and fully executed this agreement, should another organization request the dates and be in a position to confirm immediately, we will advise you and you will have three (3) business days to confirm on a definite basis.

If we do not receive a mutually agreed executed original of this agreement from you by November 30, 2001, this letter will be void and the room block will be automatically released.

**GUEST ROOM ACCOMMODATIONS**

This contract applies to the following block of rooms:

| DATES | MON 02/11 | TUE 02/12 | WED 02/13 | THU 02/14 | FRI 02/15 |
|---|---|---|---|---|---|
| RUN OF HOUSE | 66 | 66 | 138 | 82 | 82 |

= 434

**CUT-OFF DATE**

The "cut-off date" for accepting reservations into this room block is January 21, 2002. Reservation requests received after 5:00 p.m. local time at the Hotel on the cut-off date will be accepted on a space and rate availability basis.

**RATES**

| ROOM TYPE | SINGLE RATE | DOUBLE RATE |
|---|---|---|
| RATES | 91.00 | 121.00 |

All room rates are quoted exclusive of applicable state and local taxes, which are currently 16.75%.

**NON-COMMISSIONABLE**

The rates for this conference will be net, non-commissionable for **Air National Guard Bureau.**

**GUEST ROOM ATTRITION**

Hotel is relying on, and Group agrees to provide, a minimum dollar amount of guest room revenue (exclusive of food and beverage charges, meeting room rentals, and other non-room charges) which shall be equal to the number of room nights set forth in the Guest Room Accommodation chart (as agreed above in room and space block review clause) times the Group's average room rate (exclusive of taxes). The Hotel will extend a [20%] allowance in such expected guest room revenue. Should the Group fall below this amount, the Group will be responsible for the difference between [80%] of the minimum guest room revenue set forth above and the actual guest room revenue of the Group, less the guest room revenue (at an agreed upon expected resale value equal to [80%] of the Group's average room rate) resulting from any rooms resold by the Hotel. Such amount shall be subject to all applicable taxes, which shall be paid by Group. For purposes of this contract, "rooms resold by the Hotel" refers to the last rooms sold by the Hotel (i.e., if the Group does not utilize 30 rooms from the room block, and 10 rooms were resold by the Hotel, the payment due will be the revenue on the remaining 20 rooms at the groups rate). The Hotel and Group agree that the payment described above is a reasonable estimate of the Hotel's damage resulting from the non-use of the room block and that the agreed rate is a reasonable estimate of the rate which will be achievable at the time of resale, and the payment does not constitute a penalty.

**BANQUET FOOD & BEVERAGE ATTRITION**

Hotel is relying on, and Group agrees to provide, a minimum of **$2,000.00** in banquet revenue (inclusive of food, beverage and room rental). The Hotel will extend a **20%** allowance in expected food and beverage revenue. Should the Group fall below this amount, the Group will be responsible for the remaining food & beverage revenue (i.e., the amount necessary to achieve **80%** of the total expected food and beverage revenue). Such amount shall be subject to all applicable taxes, which shall be paid by Group. The Hotel and Group agree that the payment described above is a reasonable estimate of the Hotel's damage resulting from the reduced use of the food and beverage facilities, and does not constitute a penalty.

All banquet functions (Food, Beverage, Audio Visual, and Room Rental) subject to 20% service charge and applicable taxes (Food, Non-Alcoholic Beverage, & Audio Visual = 7.88% tax; Room Rental = 6% tax). PP++ indicates per person charges plus service charge plus tax.

**COMPLIMENTARY ROOMS**

Group will receive one (1) complimentary guestroom for every (50) occupied, revenue-producing guestrooms on a cumulative basis (total room nights utilized divided by [50]). Unused complimentary guestrooms will have no monetary value.

**ROOM & RELATED CHARGES**

Guests will be responsible for their own guest room, tax and incidental charges upon checkout and the Group will be responsible for all scheduled food & beverage and service charges.

**ROOM DEPOSIT**

A deposit equal to one night's stay is required to hold each individual's reservation. Such deposit shall serve to confirm the reservation for the date (s) indicated, and, upon check-in, shall be applied to the [first] night of the reserved stay. This deposit is refundable if notice is received at least [seventy-two (72) hours] prior to arrival and a cancellation number is obtained. [All deposits shall be charged at the time the reservation is made.]

**BILLING ARRANGEMENTS**

A master account will be set up for the Group covering its charges. The estimated amount of the master account must be paid in advance [in accordance with the deposit schedule set forth below] unless direct billing has been established. Direct billing requests will be reviewed in accordance with the Hotel's normal approval process.

The Group shall review all charges billed to the master account to ensure accurate billing. Payment of all direct billing must be made within thirty (30) days of receipt of a reconciled invoice from the Hotel.

**FOOD & BEVERAGE POLICIES**

Due to licensing requirements and quality control issues, all food and beverage to be served on the Hotel property must be supplied and prepared by the Hotel. All food and beverage prices are subject to a 20.00% service charge and a 7.88% state tax (subject to change without notice). Please note that the service charge is taxable.

**FUNCTION SPACE**

| Date | Start Time | End Time | Function | Setup | Agr |
|---|---|---|---|---|---|
| 02/12/2002 | 7:00 AM | 9:00 AM | Continental Breakfast | Flow Through | 32 |
| 02/12/2002 | 8:00 AM | 5:00 PM | Meeting | Classroom Style | 32 |
| 02/13/2002 | 7:00 AM | 9:00 AM | Continental Breakfast | Flow Through | 32 |
| 02/13/2002 | 7:00 AM | 9:00 AM | Continental Breakfast | Flow Through | 32 |
| 02/13/2002 | 7:00 AM | 6:00 PM | Meeting | Classroom Style | 34 |
| 02/13/2002 | 8:00 AM | 5:00 PM | Meeting | Classroom Style | 34 |
| 02/14/2002 | 7:00 AM | 9:00 AM | Continental Breakfast | Flow Through | 60 |
| 02/14/2002 | 8:00 AM | 5:00 PM | Meeting | Classroom Style | 65 |
| 02/15/2002 | 7:00 AM | 9:00 AM | Continental Breakfast | Flow Through | 32 |
| 02/15/2002 | 7:00 AM | 9:00 AM | Continental Breakfast | Flow Through | 32 |
| 02/15/2002 | 8:00 AM | 5:00 PM | Meeting | Classroom Style | 34 |
| 02/15/2002 | 8:00 AM | 5:00 PM | Meeting | Classroom Style | 34 |

**Note:** "Function rooms are subject to reassignment by the Hotel prior to finalization of the signed Banquet Event Orders".

The above meeting space is being provided on a complimentary basis based on the Group picking up 80% of the contracted room block. Should the Group pick-up fall below 80%, your protected space will be reduced as follows:

| | |
|---|---|
| 70%-79% pick-up of guest room block | Minus (1) Meeting Room/Day |
| 69% pick-up or less of guest room block | Minus (2) Meeting Rooms/Day |

**AUDIO VISUAL**

The Hotel has an exclusive agreement with Presentation Services. They provide computer in-house audio visual services for the Hotel. Their full time management and staff are available 24 hours per day, seven days a week. In the event you may need or wish to use a third party audio visual company, usage fees will be assessed daily and billed to your folio. Presentation services must manage all third party audio visual work within the Hotel. To ensure liability needs and the proper standards and care of the property and equipment by vendors are met, conditions have been established that must be substantiated prior to servicing any event at the Hotel.

**CANCELLATION OPTION**

Group may cancel this contract without cause upon written notice to the Hotel at any time prior to the event upon payment of an amount based on the following information:

From date of signing to Arrival Date: 100% of committed rooms revenue ($29,620.50)

**Per the agreement of the Westin Riverwalk Hotel San Antonio and the Air National Guard Bureau, this conference contract can be cancelled by the parties above without penalty due to the Acts of War Clause against the United States of America, or any of its allies protected under the Law.** The **Air National Guard Bureau**, will make every effort to re-book this event within (6) six months after cancellation has occurred. Payment due as a result of cancellation of this contract under this provision shall be made by Group to the Hotel at the time the contract is cancelled by written notice. **All monies paid at the time of cancellation can be used for future meetings within the 6 month time period.**

**FORCE MAJEURE**

The performance of this Agreement by either party is subject to acts of God, government authority, disaster, strikes, civil disorders, or other emergencies, any of which make it illegal or impossible to provide the facilities and/or services for your meeting. It is provided that this Agreement may be terminated for any one or more of such reasons by written notice from one party to the other without liability.

**INSURANCE**

The Hotel and the Group shall obtain and maintain and provide evidence of insurance upon request in amounts sufficient to provide coverage for any liabilities which may reasonably arise out of or result from the respective obligations pursuant to this contract.

**INDEMNIFICATION**

Each party hereby agrees to indemnify, defend and hold the other harmless from any loss, liability, costs or damages arising from actual or threatened claims or causes of action resulting from the gross negligence or intentional misconduct of such party or its respective officers, directors, employees, agents, contractors, members or participants (as applicable), provided that with respect to officers, directors, employees, and agents, such individuals are acting within the scope of their employment or agency, as applicable.

**AMERICANS WITH DISABILITIES ACT**

Both the Group and the Hotel shall be responsible for compliance with the public accommodation requirements of the Americans with Disabilities Act as defined by law. The Hotel shall provide, to the extent required by the Act, such auxiliary aids and/or services as may be reasonably requested by Group, provided that Group gives reasonable advance written notice to the Hotel of such needs. Group shall be responsible for the cost of any auxiliary aids and services (including engagement of and payment to specialized service providers, such as sign language interpreters), other than those types and quantities typically maintained by the Hotel.

**ARBITRATION/DISPUTE RESOLUTION/ATTORNEY'S FEES**

Any controversy, claim or dispute arising out of or relating to this Agreement, shall at the option of the Hotel be settled through non-binding mediation or binding arbitration conducted in accordance with the rules of the American Arbitration Association or through an action brought in any court of competent jurisdiction in the State in which the Hotel is located for trial and determination by such court sitting without a jury, under the law of such State in either case. In connection with any such litigation, including appellate proceedings, the prevailing party shall be entitled to recover reasonable attorneys' fees and costs. In addition, Group shall be responsible for payment of attorneys' fees and interest associated with the Hotel's efforts to collect monies owed under the terms of this Agreement. The parties consent to the exclusive jurisdiction of a court of competent jurisdiction in the State in which the Hotel is located and to service of process outside the State in which the Hotel is located pursuant to the applicable requirements of such court in any matter so submitted to it and THE PARTIES EACH EXPRESSLY WAIVE THE RIGHT TO A TRIAL BY JURY. Any judgment or award rendered by the arbitration as referenced above may be entered in any court in the State in which the Hotel is located having jurisdiction thereof or in any court having jurisdiction over the party against whom judgment is sought to be enforced. Neither party shall under any circumstances be responsible for indirect, consequential or punitive damages.

**NOTICE**

Any notice required or permitted by the terms of this contract must be in writing. Notice must be sent by certified or registered mail, return receipt requested, or by a recognized overnight courier service with provision for a receipt. Notices shall be deemed effective as of the date shown on the receipt.

**WAIVER**

If either party agrees to waive its right to enforce any term of this contract, it does not waive its right to enforce any other terms of this contract.

**SIGNATURE**

This contract, with exhibits attached (if any), constitutes the entire agreement between the parties and may not be amended or changed unless done so in a writing signed by Hotel and Group.

The undersigned represent that they are authorized to sign and enter into this contract.

If a fax transmittal is used by either party, then the fax copy shall serve as an original until an actual original is executed and received by both parties.

In the event this Agreement is executed by a third party on behalf of a client, the attached Joinder and Consent to Agreement must be executed by the client. If such Joinder is not received by the Hotel within 30 days after the date set forth on page one of this Agreement, the Hotel shall have the option to terminate this Agreement by giving written notice to you and all applicable cancellation and related fees shall be paid by you to Hotel within 15 days thereafter.

ACCEPTED AND AGREED TO:

AIR NATIONAL GUARD BUREAU

By: Renee L Chapman

~~Ms. Monica Nickleberry~~
CMSGT Renee L. Chapman

Date: 11/30/01

Westin Riverwalk
Billie J. Lewis

The Westin Riverwalk

Billie Lewis

Billie Lewis

Date: NOV 30, 2001

By: Kevin Schiller

Kevin Schiller, Director of Group Sales