IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WESTIN RIVERWALK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1490C |
| v. | ) | |
| | ) | (Judge Miller) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Dawn Conrad as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

s/ Dawn S. Conrad
DAWN S. CONRAD
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 616-2279
Fax No: (202) 307-0972

electronically filed

October 14,2004

CERTIFICATE OF SERVICE

I hereby certify that on this __14th___ day of October 2004, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn S. Conrad