IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WESTIN RIVERWALK<br>Plaintiff,<br>v.<br>UNITED STATES<br>Defendant. | No. 04-1490C<br>(Judge Miller) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests a 14 day enlargement of time, to and including December 7, 2004, to file a response to the complaint. Our response is currently due on November 23, 2004. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that he does not oppose this motion.

This enlargement is requested because the undersigned counsel of record needs additional time to review the case, coordinate the contents of our response with agency counsel, and obtain the necessary internal review. Agency counsel has been unable to contact an important agency witness in this matter, whose information is necessary to determine the proper response for the complaint. Furthermore, we are in the process of obtaining the necessary internal review for our response to the complaint, and the appropriate reviewing official is unavailable at this time.

For the foregoing reasons, defendant respectfully requests the Court to grant this motion for enlargement of time of 14 days, to and including, December 7, 2004, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-1011

CHRISTOPHER R. BROWN
Captain, United States Army
OF COUNSEL

November 22, 2004 Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad