IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WESTIN RIVERWALK<br>Plaintiff,<br>v.<br>UNITED STATES<br>Defendant. | No. 04-1490C<br>(Judge G.W. Miller) |

DEFENDANT'S ANSWER

For its answer to the complaint, defendant admits, denies and alleges as follows:

1. The allegation contained in paragraph 1 constitutes plaintiff's characterization of its case and a conclusion of law to which no answer is required; to the extent it may be deemed an allegation of fact, it is denied.

2. Admits that a contract was entered into on or about February 1, 2002 between the plaintiff and the Acquisition Office of the National Guard Bureau ("NGB-AQ") (there is no "US National Guard Bureau" or "Air National Guard Bureau"); otherwise denies the allegations contained in paragraph 2, except to the extent supported by the contract, which is the best evidence of its contents.

3. Admits.

4. Denies the allegations contained in paragraph 4, but admits that the National Guard Bureau ("NGB") owes plaintiff a balance of $549.23. Denies that the NGB owes plaintiff any other or additional amount. Alleges that the $549.23 owed is the difference between the amount of the contract ($4,928.00) and the amount that has already been paid upon the contract ($4,378.77). Alleges further that the NGB has not paid this amount because

plaintiff has failed to submit an invoice for $549.23, which is required for the NGB to make payment to a vendor. See 5 C.F.R. § 1315.9.

5. Denies.

6. Denies.

7. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 6 or to any relief whatsoever.

8. Denies that the "Letter of Agreement" attached to the complaint is the contract between the parties. A copy of the February 1, 2002 contract between the parties is attached to this Answer.

9. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker for
Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-1011

CHRISTOPHER R. BROWN
Captain, United States Army
OF COUNSEL

Electronically filed
December 6, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December 2004, a copy of the foregoing "DEFENDANT'S ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad