IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WESTIN RIVERWALK, Plaintiff, v. UNITED STATES, Defendant. | No. 04-1490C (Judge G.W. Miller) |

JOINT PRELIMINARY STATUS REPORT

Pursuant to Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff and defendant respectfully submit the following joint preliminary status report:

a. Jurisdiction

Plaintiff states that this Court has jurisdiction to consider and decide this action pursuant to 28 U.S.C. § 1491. Defendant is not aware of a basis upon which to challenge the Court's jurisdiction at this time.

b. Consolidation

The parties agree that this case should not be consolidated with any other case.

c. Bifurcation

The parties agree that trial of liability and damages should not be bifurcated.

d. Deferral

The parties agree that further proceedings in this case should not be deferred pending consideration of another case before this Court or any other tribunal.

e. Remand/Suspension

The parties agree that no remand or suspension will be

sought.

f. Joinder

The parties agree that no additional parties will be joined.

g. Dispositive Motions

One or both parties may move for summary judgment pursuant to RCFC 56.

h. Relevant Issues

1. Plaintiff believes the issue is whether defendant breached the February 1, 2002 contract with plaintiff, resulting in damages of $4,746.56.
2. Defendant believes the issue is whether the contracting officer or a representative of the defendant with contracting authority approved modifications to the February 1, 2002 contract between the parties, resulting in plaintiff's alleged damages of $4,746.56.

i. Settlement

The parties do not anticipate pursuing settlement negotiations at this time.

j. Trial

As stated above, one or both parties may move for summary judgment pursuant to RCFC 56. If dispositive motions are not submitted, or if they are not completely dispositive of this action, the parties anticipate proceeding to trial. The parties do not request expedited trial scheduling. The parties anticipate that trial would take place in Washington, D.C.

k. Electronic Case Management

The parties have no special issues regarding electronic case management needs.

l. Additional Information

There is no additional information of which the Court should be aware at this time.

m. Proposed Discovery Plan

The parties intend to conduct simultaneous discovery through interrogatories, requests for admissions, requests for production of documents, and depositions. The parties propose the following discovery schedule:

| | |
|---|---|
| Exchange of Initial Disclosures: | February 24, 2005 |
| Close of Fact Discovery: | June 1, 2005 |
| Deadline for Filing Dispositive Motions: | July 1, 2005 |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
by Robert E. Kirshman, Jr.
MARK A. MELNICK
Assistant Director

s/Joel D. Seledee
JOEL D. SELEDEE
Marsden, Botsaris &
Seledee, P.A.
1 N. Charles St., Suite 2300
Baltimore, MD 21201
Telephone: (410) 783-2700

Attorney for Plaintiff

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L St., N.W.
Washington, DC 20530
Telephone: (202) 307-1011

OF COUNSEL:

CHRISTOPHER R. BROWN
Captain, United States Army
Litigation Attorney
National Guard Bureau
1411 Jefferson Davis Highway
Arlington, VA 22202-3231

Attorneys for Defendant

Electronically filed
January 27, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January 2005, a copy of the foregoing "JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad