# In the United States Court of Federal Claims

WESTIN RIVERWALK,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 04-1490C

Filed February 2, 2005

## ORDER

On January 27, 2005, the parties filed a Joint Preliminary Status Report. In that report, the parties set forth a proposed discovery plan. The proposed discovery plan of the parties is ADOPTED and set forth as follows:

| | |
|---|---|
| Exchange of Initial Disclosures: | **February 24, 2005** |
| Close of Fact Discovery: | **June 1, 2005** |
| Deadline for Filing Dispositive Motions: | **July 1, 2005** |

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge