**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISITION NUMBER: FANGFM 2011 0100
PAGE 1 OF 7

2. CONTRACT NO.: DAHA90-02-P-0063
3. AWARD/EFFECTIVE DATE: 01-Feb-2002
4. ORDER NUMBER:
5. SOLICITATION NUMBER:
6. SOLICITATION ISSUE DATE:
7. FOR SOLICITATION INFORMATION CALL — a. NAME:
b. TELEPHONE NUMBER *(No Collect Calls)*:
8. OFFER DUE DATE/LOCAL TIME:

9. ISSUED BY — CODE DAHA90
NGB-AQ
1411 JEFFERSON DAVIS HWY
ARLINGTON VA 22202-3231
TEL:
FAX:

10. THIS ACQUISITION IS
[X] UNRESTRICTED
[ ] SET ASIDE: %FOR
[ ] SMALL BUSINESS
[ ] SMALL DISADV. BUSINESS
[ ] 8(A)
SIC:
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS: NET 30 DAYS

[ ] 13 a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13 b. RATING
14. METHOD OF SOLICITATION: [ ] RFQ [ ] IFB [ ] RFP

15. DELIVER TO — CODE
SILVER RIO PARTNERSHIP L.P. WESTIN
BILLIE LEWIS / SALE REPRESENTATIVE
420 WEST MARKET STREET
SAN ANTONIO TX 78205

16. ADMINISTERED BY — CODE
**SEE ITEM 9**

17 a. CONTRACTOR/ OFFEROR — CODE 1RPP9 — FACILITY CODE
SILVER RIO PARTNERSHIP L.P. WESTIN
BILLIE LEWIS
420 WEST MARKET STREET
SAN ANTONIO TX 78205
TEL. 210-224-6500

18 a. PAYMENT WILL BE MADE BY — CODE 525700
ANG/FMFA AIR GUARD ACCOUNTS PAYABLE JP1
1411 JEFFERSON DAVIS HWY
ARLINGTON VA 22202-3231

[ ] 17 b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18 b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18 a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21 QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA: **See Schedule**
26. TOTAL AWARD AMOUNT: **$4,928.00**

[ ] 27 a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[X] 27 b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [X] ARE [ ] ARE NOT ATTACHED

[ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[ ] 29. AWARD OF CONTRACT: REFERENCE ___ OFFER DATED ___. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30 a. SIGNATURE OF OFFEROR/CONTRACTOR

31 a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*
Mary Ann Enz

30 b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)*
30 c. DATE SIGNED

31 b. NAME OF CONTRACTING OFFICER *(TYPE OR PRINT)*: MARY ANN ENZ / CONTRACTING OFFICER
31 c. DATE SIGNED: 05-Feb-2002

32 a. QUANTITY IN COLUMN 21 HAS BEEN
[ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER — PARTIAL | FINAL
34. VOUCHER NUMBER
35. AMOUNT VERIFIED CORRECT FOR

32 b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE
32 c. DATE

36. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL
37. CHECK NUMBER

38. S/R ACCOUNT NUMBER
39. S/R VOUCHER NUMBER
40. PAID BY

41 a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT
41 b. SIGNATURE AND TITLE OF CERTIFYING OFFICER
41 c. DATE

42a. RECEIVED BY *(Print)*
42b. RECEIVED AT *(Location)*
42c. DATE REC'D *(YY/MM/DD)*
42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION

STANDARD FORM 1449 (10-95)
Prescribed by GSA
FAR (48 CFR) 53.212

SECTION SF 1449 CONTINUATION SHEET

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0100 | | 1.00 | Lot | $3,648.00 | $3,648.00 |

RIVERBEND MEETING PACKAGE
FFP - RIVERBEND MEETING PACKAGE (W/O MORNING SEE ATTACHED MENU. $10.00 PER PERSON 152 PEOPLE FOR 2 DAYS @ $10.00 A DAY TOTAL EXCLUDING TAXES $3,040.00 ESTIMATED TOTAL TO INCLUDE 20% SERVICE CHARGE WOULD BE $3,648.00
PURCHASE REQUEST NUMBER FANGFM 20250300

NET AMT $3,648.00

ACRN AA Funded Amount $3,648.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0101 | | 1.00 | Lot | $1,280.00 | $1,280.00 |

AUDIO VISUAL
FFP - HOTEL AUDIO VISUAL MANAGEMENT FEE ESTIMATED COST OF $40.00 PER HOURS @ 8 HOURS PER DAY FOR 4 DAYS TOTAL $1,280.00
PURCHASE REQUEST NUMBER FANGFM 20250300

NET AMT $1,280.00

ACRN AA Funded Amount $1,280.00

DELIVERY INFORMATION

| CLINS | DELIVERY DATE | UNIT OF ISSUE | QUANTITY | FOB | SHIP TO ADDRESS |
|---|---|---|---|---|---|
| 0100 | 11-15 FEB 02 | Lot | 1.00 | Dest. | |
| 0101 | 11-15 FEB 02 | Lot | 1.00 | Dest. | Same as CLIN 0100 |

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0100 | Conference Location | COR | ANG/FM | COR |
| 0101 | Conference Location | COR | ANG/FM | COR |

ACCOUNTING AND APPROPRIATION DATA

| | | |
|---|---|---|
| AA: | 5723840 582 41M5 020500 010000 59290 59220F 525700 000000 | 000000000000 |
| AMOUNT: | $3,648.00 | |

| | | |
|---|---|---|
| AA: | 5723840 582 41M5 020500 010000 59290 59220F 525700 000000 | 000000000000 |
| AMOUNT: | $1,280.00 | |

CLAUSES INCORPORATED BY REFERENCE:

| | | |
|---|---|---|
| 52.212-4 | Contract Terms and Conditions--Commercial Items | MAY 2001 |

CLAUSES INCORPORATED BY FULL TEXT

**C.A.R.E TRAINING**

**DATE OF TRAINING: 11 – 15 FEBRUARY 2002**

**POC: MSGT DANIELLE SHEPHERD, Tel # 703- 607-0838**

**CONTRACTOR REPRESENTATIVE: BILLIE LEWIS AT 210-224-6500**

**COR: CMSGT RENEE CHAPMAN AT 703-607-0874**

**Additional Information: Requisition Number in Block 1 of the Purchase Order is for the planning Purchase Request only. Certified Purchase Request number is FANGFM20250300 as indicated in CLINs.**

# RIVERBEND MEETING PACKAGE

(Breakfast breads available for the morning break only)

**Morning**

Assorted Fresh Fruit Juices
Assorted Breads, Muffins and Croissants
Freshly Brewed Starbucks Regular and Decaffeinated
Coffee and Selection of Hot Teas

**Mid-Morning**

Refresh Coffees and Teas
Assorted Granola & Nutrigrain Bar
Assorted Soft Drinks

**Afternoon**

Refresh Coffees and Teas
Refresh Assorted Soft Drinks and Minerals Water
Assorted Cookies to include Chocolate Chip, Double Chocolate,
Macadamia Nut, Peanut Butter, Oatmeal Raisin & Sugar
Cookies and Brownies

52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL ITEMS (MAY 2001)

(a) The Contractor shall comply with the following FAR clauses, which are incorporated in this contract by reference, to implement provisions of law or executive orders applicable to acquisitions of commercial items:

(1) 52.222-3, Convict Labor (E.O. 11755).

(2) 52.233-3, Protest after Award (31 U.S.C. 3553).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items or components:

(Contracting Officer shall check as appropriate.)

___ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government, with Alternate I (41 U.S.C. 253g and 10 U.S.C. 2402).

___ (2) 52.219-3, Notice of HUBZone Small Business Set-Aside (Jan 1999).

___ (3) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Jan 1999) (if the offeror elects to waive the preference, it shall so indicate in its offer).

___(4) (i) 52.219-5, Very Small Business Set-Aside (Pub. L. 103-403, section 304, Small Business Reauthorization and Amendments Act of 1994).

____(ii) Alternate I to 52.219-5.

____(iii) Alternate II to 52.219-5.

___ (5) 52.219-8, Utilization of Small Business Concerns (15 U.S.C. 637 (d)(2) and (3)).

___ (6) 52.219-9, Small Business Subcontracting Plan (15 U.S.C. 637 (d)(4)).

___ (7) 52.219-14, Limitations on Subcontracting (15 U.S.C. 637(a)(14)).

___(8)(i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Concerns (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer.

___(ii) Alternate I of 52.219-23.

___(9) 52.219-25, Small Disadvantaged Business Participation Program--Disadvantaged Status and Reporting (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

___(10) 52.219-26, Small Disadvantaged Business Participation Program--Incentive Subcontracting (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

___ (11) 52.222-21, Prohibition of Segregated Facilities (Feb 1999).

___ (12) 52.222-26, Equal Opportunity (E.O. 11246).

___ (13) 52.222-35, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (38 U.S.C. 4212).

___ (14) 52.222-36, Affirmative Action for Workers with Disabilities (29 U.S.C. 793).

___ (15) 52.222-37, Employment Reports on Disabled Veterans and Veterans of the Vietnam Era (38 U.S.C. 4212).

____(16) 52.222-19, Child Labor--Cooperation with Authorities and Remedies (E.O. 13126).

___ (17)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (42 U.S.C. 6962(c)(3)(A)(ii)).

___ (ii) Alternate I of 52.223-9 (42 U.S.C. 6962(i)(2)(C)).

____(18) 52.225-1, Buy American Act--Balance of Payments Program--Supplies (41 U.S.C. 10a-10d).

____(19)(i) 52.225-3, Buy American Act--North American Free Trade Agreement--Israeli Trade Act--Balance of Payments Program (41 U.S.C. 10a-10d, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note).

____(ii) Alternate I of 52.225-3.

____(iii) Alternate II of 52.225-3.

____(20) 52.225-5, Trade Agreements (19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).

____(21) 52.225-13, Restriction on Certain Foreign Purchases (E.O. 12722, 12724, 13059, 13067, 13121, and 13129).

____(22) 52.225-15, Sanctioned European Union Country End Products (E.O. 12849).

____(23) 52.225-16, Sanctioned European Union Country Services (E.O.12849).

____(24) 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration (31 U.S.C. 3332).

____(25) 52.232-34, Payment by Electronic Funds Transfer--Other than Central Contractor Registration (31 U.S.C. 3332).

____(26) 52.232-36, Payment by Third Party (31 U.S.C. 3332).

____ (27) 52.239-1, Privacy or Security Safeguards (5 U.S.C. 552a).

____ (28) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (46 U.S.C. 1241).

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, which the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or executive orders applicable to acquisitions of commercial items or components:

(Contracting Officer check as appropriate.)

____ (1) 52.222-41, Service Contract Act of 1965, As amended (41 U.S.C. 351, et. seq.).

____ (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (29 U.S.C. 206 and 41 U.S.C. 351, et. seq.).

___ (3) 52.222-43, Fair Labor Standards Act and Service Contract Act -- Price Adjustment (Multiple Year and Option Contracts) (29 U.S.C.206 and 41 U.S.C. 351, et seq.).

____ (4) 52.222-44, Fair Labor Standards Act and Service Contract Act - Price Adjustment (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

____ (5) 52.222-47, SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to Predecessor Contractor Collective Bargaining Agreement (CBA) (41 U.S.C. 351, et seq.).

(d) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records--Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c) or (d) of this clause, the Contractor is not required to include any FAR clause, other than those listed below (and as may be required by an addenda to this paragraph to establish the reasonableness of prices under Part 15), in a subcontract for commercial items or commercial components--

(1) 52.222-26, Equal Opportunity (E.O. 11246);

(2) 52.222-35, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (38 U.S.C. 2012(a));

(3) 52.222-36, Affirmative Action for Workers with Disabilities (29 U.S.C. 793);

(4) 52.247-64, Preference for Privately-Owned U.S.- Flag Commercial Vessels (46 U.S.C. 1241)(flow down not required for subcontracts awarded beginning May 1, 1996)., and

(5) 52.222-41, Service Contract Act of 1965, As Amended (41 U.S.C. 351, et seq.).

(End of clause)

252.212-7000 OFFEROR REPRESENTATIONS AND CERTIFICATIONS- COMMERCIAL ITEMS. (NOV 1995)

(a) Definitions.

As used in this clause-

(1) Foreign person means any person other than a United States person as defined in Section 16(2) of the Export Administration Act of 1979 (50 U.S.C. App. Sec. 2415).

(2) United States person is defined in Section 16(2) of the Export Adminstration Act of 1979 and means any United States resident or national (other than an individual resident outside the United States and employed by other than a United States person), any domestic concern (including any permanent domestic establishment of any foreign concern), and any foreign subsidiary or affiliate (including any permanent foreign establishment) of any domestic concern which is controlled in fact by such domestic concern, as determined under regulations of the President.

(b) Certification.

By submitting this offer, the Offeror, if a foreign person, company or entity, certifies that it -

(1) Does not comply with the Secondary Arab Boycott of Israel; and

(2) Is not taking or knowingly agreeing to take any action, with respect to the Secondary Boycott of Israel by Arab countries, which 50 U.S.C. App. Sec. 2407(a) prohibits a United States person from taking.

(c) Representation of Extent of Transportation by Sea. (This representation does not apply to solicitations for the direct purchase of ocean transportation services).

(1) The Offeror shall indicate by checking the appropriate blank in paragraph (c)(2) of this provision whether transportation of supplies by sea is anticipated under the resultant contract. The term "supplies" is defined in the Transportation of Supplies by Sea clause of this solicitation.

(2) Representation.

The Offeror represents that it-

___Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

___Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(3) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea Clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense Federal Acquisition Regulation Supplement clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WESTIN RIVERWALK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 04-1490C** |
| **v.** | ) | **(Judge Miller)** |
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

AFFIDAVIT

I, Renee L. Chapman, Chief Master Sergeant, ANG 6FXXX Functional Manager, hereby state that fifty-eight people attended the first conference, February 12 –13, 2002, and sixty-nine people attended the second conference, February 14-15, 2002. The attached C.A.R.E (Customer Automated Reporting Environment) Rollout Schedule lists the individuals who I submitted to U.S. Bank, in order for U.S. Bank to prepare new accounts for the level-4 certification training that would be occurring at the conferences at the Westin Riverwalk. In order to prepare the new accounts, U.S. Bank required the names of the individuals to be trained in advance.

I created this schedule in advance of the conferences in order to obtain user identification and a password for each individual. Each unit sent me emails, documenting how many people from each unit would be in attendance. Unit 104 had no contracting personnel assigned at the time that they emailed me, so they submitted two submissions of "Unknown" individuals, however, they never provided names. Unit 129 submitted one "Unknown" submission and never submitted a name. I was unable to obtain a user identification and password for any individual listed as "Unknown." There were no individuals at either conference who lacked an account for training. Sixty individuals are recorded on the C.A.R.E. Rollout Schedule for the first conference, including the two "Unknown" individuals who did not attend. Seventy individuals are recorded for the second conference, including the one "Unknown" individual who did not attend.

NGB contracted with Westin Riverwalk for 152 people, because NGB estimated the maximum possible attendees based on the maximum number of potential attendees from each of the units in the field sites, Dayton, Orlando, San Bernadino, and San Antonio. Westin Riverwalk understood that there would be a maximum of 152 people over the course of the four days. Westin set up seating for approximately sixty people during the first two-day conference and seating for approximately seventy people for the second two-day conference.

I solemnly declare and affirm under the penalties of perjury that the contents of the attached C.A.R.E. Rollout Schedule and this affidavit are true and correct to the best of my knowledge, information, and belief.

Renee L. Chapman

WITH THE ARMED FORCES OF THE UNITED STATES
AT THE NATIONAL GUARD BUREAU, ARLINGTON, VA

Subscribed, sworn to and acknowledged before me by Renee L. Chapman, who is known to me to be a member of the Air National Guard, stationed at the National Guard Bureau on JUNE 22, 2005. This acknowledgment is executed in my official capacity under the authority granted by Title 10, United States Code, Section 1044a, which also states that no seal is required on this acknowledgment.

KEVIN P. FRITZ
MAJOR, U.S. ARMY
Judge Advocate

REVISED

# C.A.R.E. Rollout Schedule

| | | | | | | | | | Finance | Contract |
|---|---|---|---|---|---|---|---|---|---|---|
| **San Antonio 1** | 56 | Feb 12 - 13 | Feb 11 & 14 | Dayton | 104 | **Barnes** | 503000 | | | |
| | | Tues/Wed | Mon/Thurs | | | TSgt Michael Banner, Finance | | 3 | 1 | 2 |
| | | | | | | Unknown, Contracting | | | | |
| | | | | | | Unknown, Contracting | | | | |
| Westin Riverwalk | | | | | 110 | **Battle Creek** | 503000 | | | |
| 420 West Market St | | | | | | MSgt Sheri Vollmerhausen, Finance | | 3 | 2 | 1 |
| San Antonio TX | | | | | | TSgt Valerie Fields, Finance | | | | |
| | | | | | | SSgt Forest Wilson, Contracting | | | | |
| | | | | | 103 | **Bradley** | 503000 | | | |
| | | | | | | SMSgt Karen Havens, Contracting | | 3 | 2 | 1 |
| | | | | | | MSgt Elizabeth Beausejour, Finance | | | | |
| | | | | | | TSgt Eric Ruiz, Finance | | | | |
| | | | | | 150 | **Kirkland** | 503000 | | | |
| | | | | | | SMSgt Michael Lauzonis, Finance | | 4 | 2 | 2 |
| | | | | | | TSgt Geneva Green, Finance | | | | |
| | | | | | | MSgt Janet Heikkila, Contracting | | | | |
| | | | | | | TSgt Doyle Williamson, Contracting | | | | |
| | | | | | 123 | **Louisville** | 503000 | | | |
| | | | | | | SMSgt Kris Mullaney, Contracting | | 5 | 3 | 2 |
| | | | | | | SrA Mark Willoughby, Contracting | | | | |
| | | | | | | CMSgt Mark Grant, Finance | | | | |
| | | | | | | TSgt Pam Ahlstedt, Finance | | | | |
| | | | | | 102 | **Otis** | 503000 | | | |
| | | | | | | SMSgt Arthur Eddleston, Finance | | 6 | 4 | 2 |
| | | | | | | MSgt Diane Bascom, Finance | | | | |
| | | | | | | SMSgt Susan Faux, Contracting | | | | |
| | | | | | | Ms. Kerry Williams, Contracting | | | | |
| | | | | | | Mr. Greg Nancarrow, Finance | | | | |
| | | | | | | SSgt Ed Winchester, Finance | | | | |
| | | | | | 121 | **Rickenbacker** | 503000 | | | |
| | | | | | | MSgt Janey Bateson, Contracting | | 3 | 1 | 2 |
| | | | | | | SMSgt Mark Miesse, Contracting | | | | |
| | | | | | | MSgt Robin Myers, Finance | | | | |
| | | | | | 149 | **San Antonio** | 503000 | | | |

REVISED
8 Feb 02

[redacted]

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | MSgt Michael R. Beltran, Contracting | | 4 | 2 | 2 |
| | | | | | | MSgt Roberto Pena, Contracting | | | | |
| | | | | | | SSgt Amelia Zepeda, Finance | | | | |
| | | | | | | SrA Roxanne Rodriguez, Finance | | | | |
| | | | | | 127 | **Selfridge** | | | | |
| | | | | | | Diane Dotson, Finance | | 6 | 4 | 2 |
| | | | | | | Kimm Lupo, Finance | | | | |
| | | | | | | Mary Powell, Finance | | | | |
| | | | | | | James Bottorff, Contracting | | | | |
| | | | | | | Robert Austin, Contracting | | | | |
| | | | | | | James Dadswell, Finance | | | | |
| | | | | | 182 | **Peoria** | 503000 | | | |
| | | | | | | MSgt Jana Briggs - Finance | | 4 | 2 | 2 |
| | | | | | | SSgt Mandy West - Finance | | | | |
| | | | | | | MSgt Lori Faber - Contracting | | | | |
| | | | | | | SSgt Missy Grice - Contracting | | | | |
| | | | | | 178 | **Springfield** | 503000 | | | |
| | | | | | | SMSgt Mike Dragoo, Contracting | | 3 | 2 | 1 |
| | | | | | | MSgt Theresa Moyer, Finance | | | | |
| | | | | | | SSgt Angala Gales, Finance | | | | |
| | | | | | CRCT | **Alpena** | 660700 | | | |
| | | | | | | SMSgt Timothy Troxell, Contracting | | 4 | 2 | 2 |
| | | | | | | SSgt Henley, Contracting | | | | |
| | | | | | | MSgt Daniel Bilyeu, Finance | | | | |
| | | | | | | TSgt Lisa Crawford, Finance | | | | |
| | | | | San Bernardino | 122 | **Fort Wayne** | 672300 | | | |
| | | | | | | SMSgt Timothy M Paden, Finance | | 2 | 1 | 1 |
| | | | | | | MSgt Michael J Vorndran, Contracting | | | | |
| | | | | | 179 | **Mansfield** | 672300 | | | |
| | | | | | | MSgt. Machel Shaffer, Finance | | 3 | 2 | 1 |
| | | | | | | TSgt. Aimee Plenge, Finance | | | | |
| | | | | | | MSgt. Laura Swank, Contracting | | | | |
| | | | | | | SSgt. Stephen J. Durgala, Finance | | | | |
| | | | | | 151 | **Salt Lake City** | 672300 | | | |
| | | | | | | TSgt Dee Phillips - Finance | | 3 | 2 | 1 |
| | | | | | | TSgt Megan Sampson - Finance | | | | |
| | | | | | | Shelley Schrader - Contracting | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 126 | **Scott** | 672300 | | | |
| | | | | | | MSgt Philip Stratton, Finance | | 4 | 2 | 2 |
| | | | | | | Capt John Fogerty, Finance | | | | |
| | | | | | | MSgt Wallace Neal, Contracting | | | | |
| | | | | | | SSgt Anne Cardenas, Contracting | | | | |
| | | | | | | | | | | |
| | | | | | TOTALS | | | 60 | 34 | 26 |
| | | | | | | | | | | |
| **San Antonio 2** | 76 | Feb 14 - 15 | Feb 13 & 16 | Orlando | 140 | **Buckley** | 662400 | | | |
| | | Thurs/Fri | Wed/Sat | | | TSgt John Zosh, Finance | | 4 | 2 | 2 |
| | | | | | | TSgt Mark Cancel, Finance | | | | |
| | | | | | | TSgt Versey Crawford, Contracting | | | | |
| | | | | | | TSgt Kent Morgan, Contracting | | | | |
| | | | | | 146 | **Channel Islands / Oxnard** | 662400 | | | |
| | | | | | | SSgt Monica Nickelberry, Finance | | 5 | 3 | 2 |
| | | | | | | MSgt James Brown, Finance | | | | |
| | | | | | | SSgt Jeffrey DeLaCruz, Finance | | | | |
| | | | | | | SMSgt Joel Howard, Contracting | | | | |
| | | | | | | TSgt Loren Bradd, Contracting | | | | |
| | | | | | 153 | **Cheyenne** | 662400 | | | |
| | | | | | | SMSgt Wayne Lindquist, Contracting | | 3 | 2 | 1 |
| | | | | | | TSgt Michele Hoffman, Finance | | | | |
| | | | | | | MSgt Trudy Woodcock, Finance | | | | |
| | | | | | 144 | **Fresno** | 662400 | | | |
| | | | | | | SSgt Bill Davis, Contracting | | 3 | 2 | 1 |
| | | | | | | CMSgt Connie Goforth, Finance | | | | |
| | | | | | | MSgt Joe Ordonez, Finance | | | | |
| | | | | | 120 | **Great Falls** | 662400 | | | |
| | | | | | | TSgt Mike Price, Finance | | 3 | 2 | 1 |
| | | | | | | TSgt Stephen Hagan, Finance | | | | |
| | | | | | | SMSgt Patty Seible, Contracting | | | | |
| | | | | | 129 | **Moffett** | 662400 | | | |
| | | | | | | TSgt Warcquel Friesen, Finance | | 5 | 4 | 1 |
| | | | | | | Maj Cheryl Trillo, Finance | | | | |
| | | | | | | TSgt Frieson, Finance | | | | |
| | | | | | | MSgt Igor Myaskovsky, Contracting | | | | |
| | | | | | | Unknown (finance) | | | | |

| | | | | | | | | | Finance | Contract |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | San Antonio | 117 | **Birmingham** | 660700 | | | |
| | | | | | | Lt Col Oscar J. Copenhaver, Finance | | 4 | 2 | 2 |
| | | | | | | MSgt Stephen K. McDaniel, Finance | | | | |
| | | | | | | TSgt William K. Hall, Contracting | | | | |
| | | | | | | SMSgt Billy P. Fowler, Contracting | | | | |
| | | | | | 188 | **Fort Smith** | 660700 | | | |
| | | | | | | Maj Pete Gauger, Finance | | 4 | 3 | 1 |
| | | | | | | TSgt David Pope, Finance | | | | |
| | | | | | | Capt Grace Ryals, Finance | | | | |
| | | | | | | MSgt Dee Trentham, Contracting | | | | |
| | | | | | 172 | **Jackson** | 660700 | | | |
| | | | | | | MSgt Tangelia Mason, Finance | | 3 | 2 | 1 |
| | | | | | | SSgt Terry Anderson, Finance | | | | |
| | | | | | | SMSgt Frank Jackson, Contracting | | | | |
| | | | | | 189 | **Little Rock** | 660700 | | | |
| | | | | | | CMSgt Thomas E. Campbell, Contracting | | 4 | 2 | 2 |
| | | | | | | MSgt Edward L. Porter, Contracting | | | | |
| | | | | | | Lt Col Sherman L. Owens, Finance | | | | |
| | | | | | | MSgt Bruce A. Lucas, Finance | | | | |
| | | | | | 164 | **Memphis** | 660700 | | | |
| | | | | | | SSgt Donna Lingo, Finance | | 4 | 2 | 2 |
| | | | | | | TSgt Margie Castillo, Finance | | | | |
| | | | | | | TSgt Priscilla Sweeney, Contracting | | | | |
| | | | | | | MSgt Carl Stevenson, Contracting | | | | |
| | | | | | 186 | **Meridian** | 660700 | | | |
| | | | | | | SMSgt Tommy Carroll, Finance | | 5 | 3 | 2 |
| | | | | | | MSgt. Guillermo Gonzales, Finance | | | | |
| | | | | | | MSgt Cindy Floyd, Finance | | | | |
| | | | | | | MSgt Billy Barnett, Contracting | | | | |
| | | | | | | MSgt Donna Sanders, Contracting | | | | |
| | | | | | 187 | **Montgomery** | 660700 | | | |
| | | | | | | TSgt Beverlyn Lewis, Finance | | 4 | 2 | 2 |
| | | | | | | Thomas Sweeney, Finance | | | | |
| | | | | | | MSgt Dorothy S. Willis, Contracting | | | | |
| | | | | | | Beverly Shaver, Contracting | | | | |
| | | | | | 118 | **Nashville** | 660700 | | | |
| | | | | | | TSgt Jarrell Marable, Finance | | 4 | 2 | 2 |

| [illegible] LOCATION | [illegible] | [illegible] DATES | [illegible] | [illegible] | [illegible] | | [illegible] | TOTAL | Finance | Contract |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Capt Rhonda Orange, Finance | | | | |
| | | | | | | MSgt Fred Cawthon, Contracting | | | | |
| | | | | | | MSgt Donald Ward, Contracting | | | | |
| | | | | | 159 | **New Orleans** | 660700 | | | |
| | | | | | | SMSgt Mark Blanco, Contracting | | 3 | 1 | 2 |
| | | | | | | MSgt Rod Blouin, Contracting | | | | |
| | | | | | | MSgt Wanda Temple, Finance | | | | |
| | | | | | 161 | **Phoenix** | 660700 | | | |
| | | | | | | MSgt Janet Gotch, Finance | | 3 | 1 | 2 |
| | | | | | | MSgt Rick Rivera, Contracting | | | | |
| | | | | | | TSgt Tom Schoening, Contracting | | | | |
| | | | | | 181 | **Terre Haute** | 660700 | | | |
| | | | | | | SMSgt Gary Laycock, Finance | | 3 | 2 | 1 |
| | | | | | | TSgt Mark Pressey, Finance | | | | |
| | | | | | | MSgt Suzette Bowker, Contracting | | | | |
| | | | | | CRCT | **Gulfport** | 660700 | | | |
| | | | | | | SMSgt Rachel Ladner, Contracting | | 2 | 1 | 1 |
| | | | | | | MSgt Bobby Layton, Finance | | | | |
| | | | | | 138 | **Tulsa** | 660700 | | | |
| | | | | | | SrA Bradley Taylor, Finance | | 4 | 2 | 2 |
| | | | | | | SrA Anne Nelson, Finance | | | | |
| | | | | | | TSgt James Hunt, Contracting | | | | |
| | | | | | | SMSgt Deborah Hailey, Contracting | | | | |
| | | | | | TOTALS | | | 70 | 40 | 30 |

| | | | |
|---|---|---|---|
| **GRAND TOTAL** | **130** | **74** | **56** |
| | | Finance | Contract |

THE WESTIN
RIVERWALK
San Antonio

Air National Guard
1411 Jefferson Davis Hwy., #8500
Arlington, VA 22202
Attn: CMSGT Renee Chapman

Invoice number: 428
Date: 02/19/02

# STATEMENT/INVOICE

Please find below a summary of outstanding invoices which are due upon receipt:

| Check out Date | Invoice Number | Guest | Invoice Amount | Paid | Balance |
|---|---|---|---|---|---|
| 06/15/01 | Z86012 | Compress 0 | 0.00 | 0.00 | 0.00 |
| 02/18/02 | 124413 | Air Nation | 9125.33 | 0.00 | 9125.33 |

**Amount due** 9125.33

*Attached to this statement is an itemized invoice for your charges.

Please remit this statement/invoice along with payment for the above due items to:

The Westin Riverwalk Hotel
Attn: Credit Department
420 West Market Street
San Antonio, Texas 78205

We thank you for your confidence in the Westin Riverwalk Hotel, San Antonio. If you should have any questions, please do not hesitate to call me at 210/444-6018.

Sincerely, 2

Jane

Jane Troester
Credit Manager

Payment Conditions

All invoices must be paid upon receipt.



420 West Market Street, San Antonio, TX 78205
Telephone: (210) 224-6500 Fax: (210) 444-6000 Internet: http:\\www.westin.com From the U.S. or Canada, call your travel agent, or 1-800-WESTIN-1

**Troester, Jane**

**From:** Chapman, Renee - ANG/FMFS [Renee.Chapman@NGB.ANG.AF.MIL]
**Sent:** Thursday, March 21, 2002 2:06 PM
**To:** 'jane.troester@westin.com'
**Cc:** Gaiters, Kahlil-HQ ANG/FMFS; Johnson, Patrick
**Subject:** Problem Statement/Invoice Number 428

Statement/Invoice number 428 dated 19 Feb 02 with the Air National Guard, Arlington VA.

We did a formal contract with your hotel contract number DAHA90-02-P-0063 dated 1 Feb 02. In this contract the maximum we could spend was$3648.00 for the snacks and $1280.00 of the AV support. I went over this with Liz Rauschuber on the phone after the contract was accepted at the hotel. I told her that our max budget was this amount. When she went over the menu she said she did not know where Bille Lewis came up with the numbers he gave us but that she could work it out. The amount of the AV, phone connections and charges came to $730.77 and there is no problem with that. The other food and drink cost came to $4707.60 which is $1059.60 more than our contract amount. I can only pay the amount we contracted for. I need a invoice that's states $ 730.77 for Audio Visual services and $3648.00 for the food and drink items. If you do not have a copy of the contract I will fax it to you. If you have any other questions please give me a call.

Renee L. Chapman, CMSGT, USAF
Chief Field Assistance, Accounting and Travel
ANG 6FXXX Functional Manager
DSN 327-0874 Comm: 703-607-0874
E-Mail: renee.chapman@ngb.ang.af <mailto:renee.chapman@ngb.ang.af> .
mil
Fax: DSN 327-1315 or 327-1733

PAGE

THE WESTIN
RIVERWALK
San Antonio

# STATEMENT/INVOICE

3/21/02

Invoice #-428

2002 MAR 26 PM 3 57

Air National Guard
Attn: Renee Chapman
1411 Jefferson Davis Hwy., #8500
Arlington, VA 22202

| | | |
|---|---|---|
| 2/18/02 | 2/12-16/02 group-Audio visual | $ 730.77 |
| | Banquet-food/drink items | $3,648.00 |
| | **Amount due upon receipt** | **$4,378.77** |

a9

Please remit this statement/invoice along with payment to:
The Westin Riverwalk
Attn: Credit Dept.
420 West Market Street
San Antonio, TX 78205

If you should have any questions, please call me at 210/444-6018. Thank you.

Sincerely,

Jane Troester
Credit Manager



420 West Market Street, San Antonio, TX 78205
Telephone: (210) 224-6500 Fax: (210) 444-6000 Internet: http:\\www.westin.com From the U.S. or Canada, call your travel agent, or 1-800-WESTIN-1

STANDARD FORM 1034
1 TFM 4-2000
1034-121

PUBLIC VOUCHER FOR PURCHASES AND SERVICES OTHER THAN PERSONAL

EFT PAYMENT

VOUCHER NO.
DP20008525
SCHEDULE NO.

US DEPARTMENT BUREAU OR ESTABLISHMENT AND LOCATION
DEPT OF DEFENSE
BELLEVUE NE 680051920

DATE VOUCHER PREPARED
18 APR 02

CONTRACT NUMBER AND DATE
DAHA9002P0063 01/FEB/02.
REQUISITION NUMBER AND DATE

PAID BY
DENVER
CO
80279-8000
DSSN: 3801
23 APR 02

PAYEE'S NAME AND ADDRESS
WESTIN RIVERWALK HOTEL
420 WEST MARKET STREET

SAN ANTONIO
TX 78205

INVOICE DT
21/MAR/02

DATE INVOICE RECEIVED
26/MAR/02
DISCOUNT TERMS
NET 30 DAYS

SHIPPED FROM TO WEIGHT

PAYEE ACCOUNT NUMBER
CQ01RPP900
GOVERNMENT B/L NUMBER

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR SERVICE | ARTICLES OR SERVICES | QUANTITY | UNIT PRICE COST | PER | AMOUNT (1) |
|---|---|---|---|---|---|---|
| | ~~26~~ MAR 02 16 Feb Dec | PER ATTACHED DETAIL INVOICE | | 428 | | 4378.77 |

(USE CONTINUATION SHEETS IF NECESSARY)

TOTAL 4378.77

(PAYEE MUST NOT USE SPACE BELOW)

PAYMENT:
___ PROV
___ COMP
_X_ PART
___ FINAL
___ PROG
___ ADV

APPROVED FOR:
BY: (2)
1
TITLE:

EXCHANGE RATE
= $1.00

DIFFERENCES

AMT VER CORR 4378.77
SIGNATURE OR INITIALS
SYSTEM
JS

PURSUANT TO AUTHORITY VESTED IN ME, I CERTIFY THAT THIS VOUCHER IS CORRECT AND PROPER FOR PAYMENT.

4/19/02 Doris A. Christian
DATE AUTHORIZED CERTIFYING OFFICER

AUTHORIZED CERTIFYING OFFICER TITLE

ACCOUNTING CLASSIFICATION
57 23840 582 41M5 020500 01 59290 525700

Doris A. Christian, ANG/FMFA
Funds Management Specialist
703-607-0821, DSN: 327-0821
Doris.Christian@ngb.ang.af.mil

$4,378.77

PAID BY CHECK NUMBER ON ACCOUNT OF US TREASURY CHECK NUMBER ON (NAME OF BANK)

CASH DATE PAYEE (3)

(1) WHEN STATED IN FOREIGN CURRENCY, INSERT NAME OF CURRENCY.
(2) IF THE ABILITY TO CERTIFY AND AUTHORITY TO APPROVE ARE COMBINED IN ONE PERSON, ONE SIGNATURE ONLY IS NECESSARY; OTHERWISE THE APPROVING OFFICER WILL SIGN IN THE SPACE PROVIDED, OVER HIS OFFICIAL TITLE.
(3) WHEN A VOUCHER IS RECEIPTED IN THE NAME OF A COMPANY OR CORPORATION, THE NAME OF THE PERSON WRITING THE COMPANY OR CORPORATE NAME, AS WELL AS THE CAPACITY IN WHICH HE SIGNS, MUST APPEAR. FOR EXAMPLE: 'JOHN DOE COMPANY, PER JOHN SMITH, SECRETARY', OR 'TREASURER', AS THE CASE MAY BE.

PER

TITLE

PRIVACY ACT STATEMENT

THE INFORMATION REQUESTED ON THIS FORM IS REQUIRED UNDER THE PROVISIONS OF 31 U.S.C. 82B AND 82C FOR THE PURPOSE OF DISBURSING FEDERAL MONEY. THE INFORMATION IS TO IDENTIFY THE PARTICULAR CREDITOR AND THE AMOUNTS TO BE PAID. FAILURE TO FURNISH THIS INFORMATION WILL HINDER DISCHARGE OF THE PAYMENT OBLIGATION.
.....COMPUTER GENERATED INTEGRATED ACCOUNTS PAYABLE SYSTEM (IAPS) VERSION 2.9.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **WESTIN RIVERWALK,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 04-1490C** **(Judge Miller)** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

AFFIDAVIT

I, Mary Ann Enz, GM-14, ANG Contracting Officer, hereby state:

I am aware of the filing of the above captioned case regarding the ANG Conference event at Westin Riverwalk, San Antonio, Texas, from February 11-15, 2002.

NGB/AQ did issue a contract to the Silver Rio Partnership L.P. Westin on 1 February 2002 to provide a break package at $10.00 per person for 152 people for a total of $3,648.00 and rental of audio visual equipment at an estimated cost of $1,280.00. The total contract was for $4,928.00.

I was not aware of any changes or issues on the contract until I was contacted by CMSgt Chapman who told me that the Westin was charging her credit card for additional items for the conference.

Since I signed the contract, I had the sole contracting authority on it. I did not delegate contracting authority to her or anyone else on the contract. I did not change or approve any changes to the 1 February 2002 contract. I was not requested to modify the contract due to contract changes.

I am not aware of any contracting authority that CMSgt Chapman may have had by any other source.

Mary Ann Enz

Mary Ann Enz

WITH THE ARMED FORCES OF THE UNITED STATES
AT THE NATIONAL GUARD BUREAU, ARLINGTON, VA

Subscribed, sworn to and acknowledged before me by **MARY ANN ENZ**, who is known to me to be a member of the Federal Civilian Service, at the National Guard Bureau on JANUARY 13, 2005. This acknowledgment is executed in my official capacity under the authority granted by Title 10, United States Code, Section 1044a, which also states that no seal is required on this acknowledgment.

CHRISTOPHER R. BROWN
CAPTAIN, U.S. ARMY
Judge Advocate

14

Conrad ID

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RECEIVED
2004 DEC 22 A 11:36
CASE PROCESSING UNIT
CIVIL DIVISION/OMI

| | | |
|---|---|---|
| **WESTIN RIVERWALK,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 04-1490C** |
| | ) | **(Judge Miller)** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

AFFIDAVIT

I, Renee L. Chapman, Chief Master Sergeant, ANG 6FXXX Functional Manager, hereby state:

I am aware of the filing of the above captioned case regarding the ANG Conference event at Westin Riverwalk, San Antonio TX, from February 11-15, 2002. I was the administrative point of contact for the hotel regarding the conference; however, I was not, nor am I a contracting officer.

To the best of my knowledge, ANG/FM through NGB/AQ contracted with the Westin Riverwalk to provide meeting rooms and break snacks for a training conference. The contract was for the "Riverbend Meeting package" without the morning breakfast for a cost of $10.00 per person. The first day of the event the hotel restaurant was extremely slow and many attendees were not able to obtain breakfast before the start of the conference. The attendees were not able to obtain breakfast from the hotel restaurant due to the opening time of the restaurant. I asked the banquet manager to provide the coffee portion of the package at 0730 vice 0930 so the attendees would have something in their stomach at the 0800 start time to facilitate the training environment. There was no request to replenish/refresh the coffee nor was there any replenish/refresh of the coffee during the mornings of the following three days of the training conference. The only service at 0930 was the contracted snack food; no beverages at all.

On the first day I also asked that two additional chairs be placed in the main meeting room we were using to allow us to set boxes of material on to make it easier for us to distribute handouts to the attendees.

Another issue during the first day of the training conference was that our conference refreshment set-up was placed in the hall where another event was going on across the hall. When the refreshments were set out, the people attending the other event came out and started eating and taking drinks from our refreshments. When I informed the hotel staff, they put up a sign identifying the snacks were for our group but that did not stop other people from helping

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
CB

themselves to our setup. During the next three days the setup was placed inside the main room we were using for the training conference.

At no time during the four days, neither I nor anyone else, to my knowledge, was given a banquet tear sheet detailing any additional charges. I was not aware of the additional charges until the first invoice came in the mail. I called the service manager and she told me it was an error and sent the second bill that was paid immediately.

Renee L. Chapman

Renee L. Chapman

STATE OF Virginia
COUNTY OF Arlington

Subscribed and sworn to by Renee Chapman before me this 3rd day of December, 2004.

Verdell S. Burnett

Verdell S. Burnett (signature)
Notary Public

My commission expires:
31 December 2007

VERDELL S. BURNETT NOTARY PUBLIC COMMONWEALTH OF VIRGINIA

VERDELL S. BURNETT
NOTARY PUBLIC
COMMONWEALTH
OF VIRGINIA
MY COMMISSION EXPIRES
DECEMBER 31, 2007

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WESTIN RIVERWALK,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 04-1490C** <br> **(Judge Miller)** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

AFFIDAVIT

I, Renee L. Chapman, Chief Master Sergeant, ANG 6FXXX Functional Manager, hereby state that the attached Position Description of Position Number 001152 is the description of the position that I held from August 1998 until the present time.

I solemnly declare and affirm under the penalties of perjury that the contents of the attached Position Description, Position Number 001152, are true and correct to the best of my knowledge, information, and belief.

Renee L. Chapman

Renee L. Chapman

WITH THE ARMED FORCES OF THE UNITED STATES
AT THE NATIONAL GUARD BUREAU, ARLINGTON, VA

Subscribed, sworn to and acknowledged before me by Renee L. Chapman, who is known to me to be a member of the Air National Guard, stationed at the National Guard Bureau on JUNE 22, 2005. This acknowledgment is executed in my official capacity under the authority granted by Title 10, United States Code, Section 1044a, which also states that no seal is required on this acknowledgment.

KEVIN P. FRITZ
MAJOR, U.S. ARMY
Judge Advocate

Part I: General Information

1. Command: Air National Guard (NGB)

2. Unit or Organization: ANG/FM

3. Base or Location: Arlington VA

4. Air Reserve Component: ANGUS

5. Date Position Established: May 92

6. Authority: 10 USC 12310

7. Authorized Grade: Chief Master Sergeant (E9)

8. Rated Position Identifier (RPI): NA

9. Position Number: 001152

10. Duty Title: Accounting Superintendent/Functional Manager

Part 2: Supplemental Information

1. Report to: Director, Financial Management and Comptroller

2. Primary Purpose: Provide primary policy and procedures contact for entire Air National Guard on all matters concerning financial management issues, as set forth in the Joint federal Travel Regulation (JFTR), Joint Travel Regulation (JTR), Defense Finance and Accounting Service Regulation (DFAS), ANG, and AF directives and OSD. Assist the Director on decisions affecting the enlisted 6F career field. Supports ANG units nationwide and is liaison to AF and DFAS as the major command level policy official for the ANG.

3. Grade: Chief Master Sergeant (E9)

4. AFSC: 6F000. Studies and develops solutions to problems encountered by ANG units in maintaining travel pay, military pay, civilian pay accounts and payments of all entitlements and the process of accounting for all funds used by the ANG and the applications used for these purposes. Interprets accounting and finance policies and procedures for travel, military and civilian pay and accounting for ANG. Prepares, distributes, and implements accounting and finance instruction for ANG. Composes Correspondence on matters concerning ANG unit comptroller activities.

5. Scope of Responsibility: Provides technical support and policy interpretation and guidance to all ANG base comptroller offices. Represents ANG at major command level to DFAS and AF.

6. Qualifications or Knowledge: Full qualification as Financial Management and Services Supervisor, 6F090, is mandatory. At least 12 months experience as Accounting Superintendent in an ANG base comptroller office is mandatory. Complete understanding of creation and processing of all payment methods to include By-Others, Interfund, Aviation Fuel, DCASR, RTS, WAWF, and IAPS is mandatory. Experience as supervising accounting, entitlements and travel pay specialist, is highly desirable. Knowledge of JTR, JFTR, DFAS, and AF regulations is mandatory.

7. Air Reserve Force (ARF) Components: ANGUS

8. Workload or Manpower Relationships: Accounting, Entitlements and Travel policy specialist for requirements at ANG major command level organizations are essential. As policy specialist determine minimum manning to meet functional requirements. Complexity of issues and volume of problems and questions from ANG units precludes duties being combined with other pay and finance duties.

9. Organization Chart: Attached

Part III Position Description

1. Coordinates with DFAS and AF on directives and policy changes affecting the Air National Guard.

2. Develops and implements instructions for the Air National Guard nationwide to implement policies and procedures directed by AF and DFAS. Distributes these instructions in the form of NGB All States Letters, Chapter 15 changes (DFAS Desk Top Instructions), and messages to all ANG accounting and finance functions.

3. Receives questions and problems on travel pay entitlements and accounting issues from ANG units when local finance specialists cannot resolve. Interprets DOD, AF, and DFAS directives providing instructions for implementation. Is the AF major command accounting and travel policy and procedures expert for the ANG, handling all such unit-level problems before DFAS specialists consider them. Passes on to DFAS only questions and problems, which cannot be resolved at, major command (NGB) level.

4. Analyzes trends of accounting and travel pay questions or problems from ANG units to identify broad based issues that require modification of existing procedures, policies, or directives. Develops correcting documents and implements as appropriate.

5. Provide technical and information articles for distribution to all ANG comptrollers, deputy commanders for resources, and U.S. property & Fiscal Officers (USPFO's) on current and pending issues affecting accounting and travel pay. These articles and instructions are distributed ANG- wide through NGB All State Letters, and other media.

6. Compose correspondence to ANG unit commanders and comptrollers in response to their Correspondence to NGB/FM on accounting, entitlements and travel pay issues and other related matters concerning ANG unit activities.

7. Develops, administers, and teaches courses on ANG accounting and finance procedures for base finance specialists. Focuses on policies and procedures in DOD, AF, and DFAS regulations which are unique for ANG members and on the use of supporting computer systems.

8. Provides on-site review of accounting and finance operations, including operational efficiency and compliance with established policies and procedures at ANG units when requested by the unit or directed as pat of an NGB/FM staff assistance requirement.

9. Coordinates and directs requirements of the functional manager for the 6F enlisted career field.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WESTIN RIVERWALK *

Plaintiff *

v. * No. 04-1490C (Judge Miller)

UNITED STATES *
(U.S. National Guard Bureau)
*
Defendant
* * * * * * * * * * * *

**PLAINTIFF'S ANSWERS TO DEFENDANT'S INTERROGATORIES**

Now comes the Plaintiff, Westin Riverwalk, by and through its attorneys Marsden, Botsaris & Seledee, P.A. and Joel D. Seledee, Esquire, files these Answers to Interrogatories propounded by the Defendants and says:

A. The information supplied in these Answers to Interrogatories is based solely on the knowledge of the executing party, their agents, representatives, and attorney, unless privileged.

B. The word usage and sentence structure may be that of the attorney assisting in the preparation of these answers, and does not necessarily purport to be the precise language of the existing party.

**ANSWER TO INTERROGATORIES**

INTERROGATORY NO: 1

Identify each individual who participated in preparing any of the responses to these Interrogatories, including, but not limited to, drafting, discussing, commenting upon, or supplying information for use in any of the responses. For each such individual, identify which interrogatory response or portion of a response with which the individual was involved, and describe the extent and nature of his or her involvement, including the basis for the individual's participation – e.g. personal knowledge of the event in question, or review of documents in connection with the individual's duties in his or her employment by Plaintiff.

ANSWER NO: 1

In addition to Plaintiff's undersigned counsel, all documents identified in response to the following Interrogatories were provided by Jane Troester, Credit Manager for the Plaintiff. Furthermore, Ms. Troester assisted in the preparation of the Plaintiff's Response to Interrogatory No. 5 below. Plaintiff's response to Interrogatory No 3 below was also prepared, in part, by Billie Lewis, Sales Representative of the Plaintiff, and Kevin Schiller, Group Sales Manager of the Plaintiff.

INTERROGATORY NO: 2

Describe in detail the documents and/or oral agreements that constitute the contract between Plaintiff and Defendant described in paragraph 2 of the complaint.

ANSWER NO: 2

Contract Order Form DAHA90-02-P-0063; Banquet Checks, Banquet Order Forms, and Rental Order Forms. All documentation identified in this Answer to have been produced by the Plaintiff in response to the Defendant's Request for Production of Documents.

INTERROGATORY NO: 3

Identify and describe in detail all changes made to the contract between the parties, including any changes made by contacting Officer Mary Ann Enz, Chief Master Sergeant ("CMSgt.") Renee Chapman, or any other person purporting to act upon behalf of the Defendant. With regard to any changes made to the original contract, identify and describe in detail all changes including who upon behalf of the Defendant and who upon behalf of the Plaintiff made the changes, what were the changes, when the changes were made or became effective, how the changes were made, and why the changes were made.

ANSWER NO: 3

Renee Chapman, Meeting Planner for the Defendant, made several changes to the original contract between the parties Specifically, while on site during the subject convention, Renee Chapman made oral and/or written requests for additional items not originally covered by the contract between the parties. Ms. Chapman had been identified by the Defendant as its on-site representative, with authority to bind the Defendant with regard to amendments and/or additions to the original contract. All changes reflected in the attached invoices were made by Renee Chapman, the on-site authorized representative of the Defendant.

INTERROGATORY NO: 4

Identify the persons, acting upon behalf of Plaintiff, who had the authority to bind Plaintiff into a contract with Defendant. Identify whether each of these individuals had the authority to approve changes or modifications to the contract with Defendant.

ANSWER NO: 4

Billie Lewis, Sales Representative for the Plaintiff, Kevin Schuller, Group Sales Manager for the Plaintiff, Liz Rauschuber, Convention Service Manager for the Plaintiff, and/or Roger Young, Hotel Operations Manager for the Plaintiff, had authority to approve changes to the original contract requested by the Defendants on-site authorized representative, Renee Chapman.

INTERROGATORY NO: 5

Describe in detail your assertion that Defendant owes $4,746.56 to Plaintiff. Identify what items or services were paid for by the $4,378.77 already received from the government. Describe in detail what items or services are the basis for the remaining charges of $4,746.56.

ANSWER NO: 5

In response to this Interrogatory, the Plaintiff respectfully refers the Defendant to the Statement of Account produced by the Plaintiff in response to the Defendant's Request for Production of Documents. The Statement of Account provides a breakdown of all charges requested by the Defendant, as well as all payments received therefore.

* * *

I solemnly declare and affirm under the penalties of perjury that the contents of the foregoing Answers to Interrogatories are true and correct to the best of my knowledge, information and belief.

Jane Troester, Credit Manager
for Plaintiff Westin Riverwalk

Joel D. Seledee, Esquire
Marsden, Botsaris & Seledee, PA
1 N. Charles Street. Suite 2300
Baltimore, MD 21201
(410) 783-2700
Attorneys for Plaintiff

# The Westin Riverwalk



420 West Market Street · San Antonio 78205 · (210) 224-6500

Printed: 02/12/2002

## Banquet Check

BEO #: 9229

| | | | |
|---|---|---|---|
| Account: | AIR NATIONAL GUARD BUREAU | Event Date: | 02/12/2002 |
| Post As: | ANG-Care Training | Contact: | CMSGT Renee Chapman |
| Address: | 1411 Jefferson Davis Hwy | Phone: | 703-607-0874 |
| | Suite 8500 | On-Site: | |
| | Arlington, VA 22202 | Sales Mgr: | Billie Lewis |
| | | Catering Sales Mgr: | Liz P. Rauschuber |

| Quantity | Food | Price | Amount |
|---|---|---|---|
| 9 | Gallon Freshly Brewed Starbucks Coffees, Decaffeinated Coffee and Selection of Hot Teas | 60.00 Per Gallon | 540.00 |
| 48 | Assorted Soft Drinks to include Diet (Charge on Consumption) | 3.50 Each | 168.00 |
| 4 | Gallon Freshly Brewed Starbucks Coffees, Decaffeinated Coffee and Selection of Hot Teas | 60.00 Per Gallon | 240.00 |
| 36 | Assorted Mineral Waters (Charge on Consumption) | 3.50 Each | 126.00 |
| 5 | Dozen Assorted Granola Bars | 30.00 Dozen | 150.00 |
| 27 | Assorted Mineral Waters (Charge on Consumption) | 3.50 Each | 94.50 |
| 37 | Assorted Soft Drinks to include Diet (Charge on Consumption) | 3.50 Each | 129.50 |
| 5 | Dozen Assorted Texas Sized Cookies to include Chocolate Chip, Double Chocolate, Macadamia Nut, Peanut Butter, Oatmeal Raisin, and Sugar | 33.00 Dozen | 165.00 |
| | | Subtotal: | 1,613.00 |
| | | Service Charge %: 20.00 | 322.60 |
| | | Tax %: 7.88 | 152.53 |
| | | Total: | 2,088.13 |

| Quantity | Audio Visual | Price | Amount |
|---|---|---|---|
| 1 | (1) phone line @ $75.00/day | 75.00 per..day | 75.00 |
| | | Subtotal: | 75.00 |
| | | Service Charge %: 20.00 | 15.00 |
| | | Tax %: 7.88 | 7.09 |
| | | Total: | 97.09 |

| Room Rental | | Price | Amount |
|---|---|---|---|
| Room: Sabino | Function: MTG | | |
| Room: Madero | Function: BRK | | |
| Room: Madero | Function: BRK | | |
| | | Subtotal: | 0.00 |
| | | Service Charge %: 20.00 | 0.00 |
| | | Room Rental Tax %: 6.00 | 0.00 |
| | | Total: | 0.00 |

| | |
|---|---|
| Grand Total: | 2,185.22 |
| Balance Due: | 2,185.22 |

DATE POSTED ______
[illegible] NUMBER ______
SIGNATURE ______
ACCOUNT ______

# The Westin Riverwalk

Page: 1 of 1

420 West Market Street • San Antonio 78205 • (210) 224-6500

Printed: 02/13/2002

## Banquet Check

BEO #: 9230

| | | | |
|---|---|---|---|
| Account: | AIR NATIONAL GUARD BUREAU | Event Date: | 02/13/2002 |
| Post As: | ANG-Care Training | Contact: | CMSGT Renee Chapman |
| Address: | 1411 Jefferson Davis Hwy | Phone: | 703-607-0874 |
| | Suite 8500 | On-Site: | |
| | Arlington, VA 22202 | Sales Mgr: | Billie Lewis |
| | | Catering Sales Mgr: | Liz P. Rauschuber |

| Quantity | Food | Price | Amount |
|---|---|---|---|
| 4 | Freshly Brewed Starbucks Coffees, Decaffeinated Coffee and Selection of Hot Teas | 60.00 Per Gallon | 240.00 |
| 16 | Assorted Soft Drinks to include Diet (Charge on Consumption) | 3.50 Each | 56.00 |
| 14 | Assorted Mineral Waters (Charge on Consumption) | 3.50 Each | 49.00 |
| 3 | Dozen Assortment of Breakfast Bakeries to Include: Croissants, Muffins and Danish Pastries | 35.00 Per Dozen | 105.00 |
| | | Subtotal: | 450.00 |
| | | Service Charge %: 20.00 | 90.00 |
| | | Tax %: 7.88 | 42.55 |
| | | Total: | 582.55 |
| 3 | Dozen Chocolate Walnut Brownies and White Chocolate Blondies | 35.00 Per Dozen | 105.00 |
| | | Subtotal: | 105.00 |
| | | Service Charge %: 20.00 | 21.00 |
| | | Tax %: 0.00 | 0.00 |
| | | Total: | 126.00 |

| Quantity | Audio Visual | Price | Amount |
|---|---|---|---|
| 1 | (1) phone line @ $75.00/day | 75.00 | 75.00 |
| | | Subtotal: | 75.00 |
| | | Service Charge %: 20.00 | 15.00 |
| | | Tax %: 7.88 | 7.09 |
| | | Total: | 97.09 |

| Room Rental | | Price | Amount |
|---|---|---|---|
| Room: Carranza | Function: MTG | | |
| Room: Carranza | Function: BRK | | |
| Room: Carranza | Function: BRK | | |
| | | Subtotal: | 0.00 |
| | | Service Charge %: 20.00 | 0.00 |
| | | Room Rental Tax %: 6.00 | 0.00 |
| | | Total: | 0.00 |

Grand Total: 805.64

Balance Due: 805.64

DATE POSTED 2/13/02
TOTAL NUMBER OF COVERS 58 (B)
SIGNATURE
ACCOUNT 7095

# The Westin Riverwalk

Page: 1 of 1

420 West Market Street• San Antonio 78205 • (210) 224-6500

Printed: 02/13/2002

## Banquet Check

BEO #: 9231

| | | | |
|---|---|---|---|
| Account: | AIR NATIONAL GUARD BUREAU | Event Date: | 02/13/2002 |
| Post As: | ANG-Care Training | Contact: | CMSGT Renee Chapman |
| Address: | 1411 Jefferson Davis Hwy | Phone: | 703-607-0874 |
| | Suite 8500 | On-Site: | |
| | Arlington, VA 22202 | Sales Mgr: | Billie Lewis |
| | | Catering Sales Mgr: | Liz P. Rauschuber |

| Quantity | Food | Price | Amount |
|---|---|---|---|
| 4 | Freshly Brewed Starbucks Coffees, Decaffeinated Coffee and Selection of Hot Teas | 60.00 Per Gallon | 240.00 |
| 22 | Assorted Soft Drinks to include Diet (Charge on Consumption) | 3.50 Each | 77.00 |
| 12 | Assorted Mineral Waters (Charge on Consumption) | 3.50 Each | 42.00 |
| 3 | Dozen Assortment of Breakfast Bakeries to Include: Croissants, Muffins and Danish Pastries | 35.00 Per Dozen | 105.00 |
| | | Subtotal: | 464.00 |
| | | Service Charge %: 20.00 | 92.80 |
| | | Tax %: 7.88 | 43.88 |
| | | Total: | 600.68 |
| 3 | Dozen Chocolate Walnut Brownies and White Chocolate Blondies | 35.00 Per Dozen | 105.00 |
| | | Subtotal: | 105.00 |
| | | Service Charge %: 20.00 | 21.00 |
| | | Tax %: 0.00 | 0.00 |
| | | Total: | 126.00 |

| Quantity | Audio Visual | Price | Amount |
|---|---|---|---|
| 1 | (1) phone line @ $75.00/day | 75.00 | 75.00 |
| | | Subtotal: | 75.00 |
| | | Service Charge %: 20.00 | 15.00 |
| | | Tax %: 7.88 | 7.09 |
| | | Total: | 97.09 |

| Room Rental | | Price | Amount |
|---|---|---|---|
| Room: Madero | Function: MTG | | |
| Room: Madero | Function: BRK | | |
| Room: Madero | Function: BRK | | |
| | | Subtotal: | 0.00 |
| | | Service Charge %: 20.00 | 0.00 |
| | | Room Rental Tax %: 6.00 | 0.00 |
| | | Total: | 0.00 |

Grand Total: 823.77

Balance Due: 823.77

DATE POSTED 2/12/02
TOTAL NUMBER OF COVERS 72
SIGNATURE
ACCOUNT 9095

(B)

# The Westin Riverwalk

Page: 1 of 1

420 West Market Street• San Antonio 78205 • (210) 224-6500

Printed: 02/14/2002

## Banquet Check

BEO #: 9232

| | | | |
|---|---|---|---|
| Account: | AIR NATIONAL GUARD BUREAU | Event Date: | 02/14/2002 |
| Post As: | ANG-Care Training | Contact: | CMSGT Renee Chapman |
| Address: | 1411 Jefferson Davis Hwy | Phone: | 703-607-0874 |
| | Suite 8500 | On-Site: | |
| | Arlington, VA 22202 | Sales Mgr: | Billie Lewis |
| | | Catering Sales Mgr: | Liz P. Rauschuber |

| Quantity | Food | Price | Amount |
|---|---|---|---|
| 3 | Dozen Assortment of Breakfast Bakeries to Include: Croissants, Muffins and Danish Pastries | 35.00 Dozen | 105.00 |
| 3 | Dozen Freshly Baked Assorted Fruit Empanadillas | 35.00 Dozen | 105.00 |
| 7 | Gallon Freshly Brewed Starbucks Coffees, Decaffeinated Coffee and Selection of Hot Teas | 60.00 Per Gallon | 420.00 |
| 40 | Assorted Soft Drinks to include Diet (Charge on Consumption) | 3.50 Each | 140.00 |
| 52 | Assorted Mineral Waters (Charge on Consumption) | 3.50 Each | 182.00 |
| 3 | Gallon Freshly Brewed Starbucks Coffees, Decaffeinated Coffee and Selection of Hot Teas | 60.00 Per Gallon | 180.00 |
| 6 | Dozen Assorted Texas Sized Cookies to include Chocolate Chip, Double Chocolate, Macadamia Nut, Peanut Butter, Oatmeal Raisin, and Sugar | 33.00 Dozen | 198.00 |
| 54 | Assorted Soft Drinks to include Diet (Charge on Consumption) | 3.50 Each | 189.00 |
| 43 | Assorted Mineral Waters (Charge on Consumption) | 3.50 Each | 150.50 |
| | | Subtotal: | 1,669.50 |
| | | Service Charge %: 20.00 | 333.90 |
| | | Tax %: 7.88 | 157.87 |
| | | Total: | 2,161.27 |

| Quantity | Audio Visual | Price | Amount |
|---|---|---|---|
| 1 | (1) phone line @ $75.00/day | 75.00 Each | 75.00 |
| | | Subtotal: | 75.00 |
| | | Service Charge %: 20.00 | 15.00 |
| | | Tax %: 7.88 | 7.09 |
| | | Total: | 97.09 |

| Room Rental | | Price | Amount |
|---|---|---|---|
| Room: Hidalgo Ballroom | Function: MTG | | |
| Room: Hidalgo Ballroom | Function: BRK | | |
| Room: Hidalgo Ballroom | Function: BRK | | |
| | | Subtotal: | 0.00 |
| | | Service Charge %: 20.00 | 0.00 |
| | | Room Rental Tax %: 6.00 | 0.00 |
| | | Total: | 0.00 |

| | |
|---|---|
| Grand Total: | 2,258.36 |
| Balance Due: | 2,258.36 |

9095 Tax exempt
210 - B
2-14-02

# The Westin Riverwalk

Page: 1 of 1

420 West Market Street• San Antonio 78205 • (210) 224-6500

Printed: 02/15/2002 **Banquet Check** BEO #: 9233

| | | | |
|---|---|---|---|
| Account: | AIR NATIONAL GUARD BUREAU | Event Date: | 02/15/2002 |
| Post As: | ANG-Care Training | Contact: | CMSGT Renee Chapman |
| Address: | 1411 Jefferson Davis Hwy | Phone: | 703-607-0874 |
| | Suite 8500 | On-Site: | |
| | Arlington, VA 22202 | Sales Mgr: | Billie Lewis |
| | | Catering Sales Mgr: | Liz P. Rauschuber |

| Quantity | Food | Price | Amount |
|---|---|---|---|
| 3 | Dozen Assortment of Breakfast Bakeries to Include: Croissants, Muffins and Danish Pastries | 35.00 Dozen | 105.00 |
| 3 | Dozen Chocolate Walnut Brownies and White Chocolate Blondies | 35.00 Per Dozen | 105.00 |
| 6 | Gallon Freshly Brewed Starbucks Coffees, Decaffeinated Coffee and Selection of Hot Teas | 60.00 Per Gallon | 360.00 |
| 32 | Assorted Soft Drinks to include Diet (Charge on Consumption) | 3.50 Each | 112.00 |
| 35 | Assorted Mineral Waters (Charge on Consumption) | 3.50 Each | 122.50 |
| 4 | Gallon Freshly Brewed Starbucks Coffees, Decaffeinated Coffee and Selection of Hot Teas | 60.00 Per Gallon | 240.00 |
| 24 | Assorted Soft Drinks to include Diet (Charge on Consumption) | 3.50 Each | 84.00 |
| 20 | Assorted Mineral Waters (Charge on Consumption) | 3.50 Each | 70.00 |
| | | Subtotal: | 1,198.50 |
| | Service Charge %: | 20.00 | 239.70 |
| | Tax %: | 7.88 | 113.33 |
| | | Total: | 1,551.53 |

| Quantity | Audio Visual | Price | Amount |
|---|---|---|---|
| 1 | (1) phone line @ $75.00/day | 75.00 Each | 75.00 |
| | | Subtotal: | 75.00 |
| | Service Charge %: | 20.00 | 15.00 |
| | Tax %: | 7.88 | 7.09 |
| | | Total: | 97.09 |

| Room Rental | | Price | Amount |
|---|---|---|---|
| Room: Villa | Function: BRK | | |
| Room: Villa | Function: BRK | | |
| Room: Villa | Function: MTG | | |
| | | Subtotal: | 0.00 |
| | Service Charge %: | 20.00 | 0.00 |
| | Room Rental Tax %: | 6.00 | 0.00 |
| | | Total: | 0.00 |

| | |
|---|---|
| Grand Total: | 1,648.62 |
| Balance Due: | 1,648.62 |

9095 tax exempt
96 - 3
2-15-02

Page: 1 of 1

# The Westin Riverwalk

420 West Market Street• San Antonio 78205 • (210) 224-6500

Printed: 02/15/2002

## Banquet Check

BEO #: 9235

| | | | |
|---|---|---|---|
| Account: | AIR NATIONAL GUARD BUREAU | Event Date: | 02/15/2002 |
| Post As: | ANG-Care Training | Contact: | CMSGT Renee Chapman |
| Address: | 1411 Jefferson Davis Hwy | Phone: | 703-607-0874 |
| | Suite 8500 | On-Site: | |
| | Arlington, VA 22202 | Sales Mgr: | Billie Lewis |
| | | Catering Sales Mgr: | Liz P. Rauschuber |

| Quantity | Food | Price | Amount |
|---|---|---|---|
| 4 | Dozen Assortment of Breakfast Bakeries to Include: Croissants, Muffins and Danish Pastries | 35.00 Dozen | 140.00 |
| 20 | Assorted Mineral Waters (Charge on Consumption) | 3.50 Each | 70.00 |
| 4 | Dozen Chocolate Walnut Brownies and White Chocolate Blondies | 35.00 Per Dozen | 140.00 |
| 7 | Gallon Freshly Brewed Starbucks Coffees, Decaffeinated Coffee and Selection of Hot Teas | 60.00 Per Gallon | 420.00 |
| 22 | Assorted Soft Drinks to include Diet (Charge on Consumption) | 3.50 Each | 77.00 |
| 4 | Gallon Freshly Brewed Starbucks Coffees, Decaffeinated Coffee and Selection of Hot Teas | 60.00 Per Gallon | 240.00 |
| 25 | Assorted Mineral Waters (Charge on Consumption) | 3.50 Each | 87.50 |
| 11 | Assorted Soft Drinks to include Diet (Charge on Consumption) | 3.50 Each | 38.50 |
| | | Subtotal: | 1,213.00 |
| | | Service Charge %: 20.00 | 242.60 |
| | | Tax %: 7.88 | 114.70 |
| | | Total: | 1,570.30 |

| Quantity | Audio Visual | Price | Amount |
|---|---|---|---|
| 1 | (1) phone line @ $75.00/day | 75.00 Each | 75.00 |
| | | Subtotal: | 75.00 |
| | | Service Charge %: 20.00 | 15.00 |
| | | Tax %: 7.88 | 7.09 |
| | | Total: | 97.09 |

| Room Rental | | Price | Amount |
|---|---|---|---|
| Room: Madero | Function: MTG | | |
| Room: Madero | Function: BRK | | |
| Room: Madero | Function: BRK | | |
| | | Subtotal: | 0.00 |
| | | Service Charge %: 20.00 | 0.00 |
| | | Room Rental Tax %: 6.00 | 0.00 |
| | | Total: | 0.00 |

| | |
|---|---|
| Grand Total: | 1,667.39 |
| Balance Due: | 1,667.39 |

9095 1AF Ext
126 - B
2-15-02

# The Westin Riverwalk

West Market Street • San Antonio 78205 • (210) 22 6000

Page: 1 of 1

## Banquet Event Order

**BEO #: 9229**

| | |
|---|---|
| AIR NATIONAL GUARD BUREAU<br>ANG-Care Training<br>1411 Jefferson Davis Hwy<br>Suite 8600<br>Arlington, VA 22202 | **Event Date:** Tuesday, February 12, 2002<br>**Contact:** CMSGT Renee Chapman<br>**Phone:** 703-607-0874<br>**Fax:** 703-607-1316<br>**On-Site:** |
| Billie Lewis | **Catering Sales Mgr:** Liz P. Rauschuber |

| Time | Room | Function | Set-up | AGR | GTD | SET | Rental |
|---|---|---|---|---|---|---|---|
| 7:30 AM - 4:30 PM | Madero | Meeting | C/R | 60 | | | |
| 9:30 AM - 10:00 AM | Madero | Break | | 60 | | | |
| 2:30 PM - 3:00 PM | Madero | Break | | 60 | | | |

Sabine

Added 07:30 am

### Set Up

7:30 AM

Classroom Style

Breaks outside the room.

### Audio Visual Requirements

7:30 AM

Screen @ $35.00

Client Providing:
LCD Projector & Computer

Presentation Services bills own Audio Visual

### Billing

Direct Bill

Tax Exempt

### Special Instructions

(1) phone line @ $75.00/day

... (set-up Monday afternoon please) - ~~SAUCERS~~

...allowed to be taped/tacked on meeting room walls.
...ments can be made for assistance to hang banners.
...ne to walls will be added to your billing @ $100.00 Per Panel Damaged

Delivered are subject to a Handling Fee @ $2.00 Per Box

10:45 Break
... 4 ...
1 dozen granola bars

### Menu

Event: 9:30 AM

Freshly Brewed Starbucks Coffees, Decaffeinated Coffee and Selection of Hot Teas @ $60.00 Per Gallon
Assorted Soft Drinks to include Diet (Charge on Consumption) @ $3.50 Each
Assorted Mineral Waters (Charge on Consumption) @ $3.50 Each

5 Dozen Assorted Granola Bars @ $30.00 Dozen

Event: 2:00 PM

Freshly Brewed Starbucks Coffees, Decaffeinated Coffee and Selection of Hot Teas @ $60.00 Per Gallon
Assorted Soft Drinks to include Diet (Charge on Consumption) @ $3.50 Each
Assorted Mineral Waters (Charge on Consumption) @ $3.50 Each

5 Dozen Assorted Texas Sized Cookies to include Chocolate Chip, Double Chocolate, Macadamia Nut, Peanut Butter, Oatmeal Raisin, and Sugar @ $33.00 Dozen

### Beverage Selections

added chairs & tables
and set is 68-70

FEB 07 2002

very tight!

*All Room Rental, Food, and Non-Alcoholic Beverage prices are subject to 20% Svc Charge & Sales Tax.*

Authorized Signature Date

Liz P. Rauschuber Date

OCT. -02'02 (WED) 16:23 WESTIN RIVERWALK TEL:210 444 6000 P. 009

# The Westin Riverwalk

West Market Street San Antonio 78205 • (210) 2[illegible]

Page: 1 of 1

## Banquet Event Order

**BEO #: 9230**

| | | | |
|---|---|---|---|
| Account: | AIR NATIONAL GUARD BUREAU | Event Date: | Wednesday, February 13, 2002 |
| Post As: | ANG-Care Training | Contact: | CMSGT Renee Chapman |
| Address: | 1411 Jefferson Davis Hwy<br>Suite 8500<br>Arlington, VA 22202 | Phone:<br>Fax:<br>On-Site: | 703-607-0674<br>703-607-1315 |
| Sales Mgr: | Billie Lewis | Catering Sales Mgr: | Liz P. Rauschuber |

Revised

| Date | Time | Room | Function | Setup | AGR | GTD | SET | Rental |
|---|---|---|---|---|---|---|---|---|
| Feb 13, 2002 | 7:30 AM - 4:30 PM | Carranza | Meeting | C/R | 28 | | | |
| Feb 13, 2002 | 9:30 AM - 10:00 AM | Carranza | Break | | 28 | | | |
| Feb 13, 2002 | 2:30 PM - 3:00 PM | Carranza | Break | | 20 | | | |

Add 7:30 am [illegible] H/Ho

### Set Up

Event: 7:30 AM

Classroom Style

Breakout ~~[illegible]~~ room

### Audio Visual Requirements

Event: 7:30 AM

Screen @ $35.00

Client Providing:
LCD Projector & Computer

Presentation Services bills own Audio Visual

### Billing

Direct Bill

Tax Exempt

### Special Instructions

(1) phone line @ $75.00/day

Nothing is allowed to be taped/tacked on meeting room walls. Arrangements can be made for assistance to hang banners. Damage done to walls will be added to your billing @ $100.00 Per Panel Damaged

All Boxes Delivered are subject to a Handling Fee @ $2.00 Per Box

### Menu

Event: 9:30 AM

Freshly Brewed Starbucks Coffees, Decaffeinated Coffee and Selection of Hot Teas @ $60.00 Per Gallon
Assorted Soft Drinks to include Diet (Charge on Consumption) @ $3.50 Each
Assorted Mineral Waters (Charge on Consumption) @ $3.50 Each

Breakfast Breads ≈ 35/dz

3 Dozen ~~Assorted Granola Bars @ $30.00 Dozen~~

Event: 2:30 PM

Freshly Brewed Starbucks Coffees, Decaffeinated Coffee and Selection of Hot Teas @ $60.00 Per Gallon
Assorted Soft Drinks to include Diet (Charge on Consumption) @ $3.50 Each
Assorted Mineral Waters (Charge on Consumption) @ $3.50 Each

3 Dozen Chocolate Walnut Brownies and White Chocolate Blondies @ $31.00 Per Dozen

### Beverage Selections

FEB 07 2002

*All Room Rental, Food, and Non-Alcoholic Beverage prices are subject to 20% Svc Charge & Sales Tax.*

Organization Authorized Signature Date Liz P. Rauschuber Date

OCT.-02'02(WED) 16:23 WESTIN RIVERWALK TEL:210 444 6000 P.008

# The Westin Riverwalk

West Market Street San Antonio 78205 • (210) 2[...]00

Page: 1 of 1

## Banquet Event Order

**BEO #: 9231** Handwritten on yellow REVISED

| | |
|---|---|
| Account: AIR NATIONAL GUARD BUREAU | Event Date: Wednesday, February 13, 2002 |
| Post As: ANG-Care Training | Contact: CMSGT Renee Chapman |
| Address: 1411 Jefferson Davis Hwy, Suite 8600, Arlington, VA 22202 | Phone: 703-607-0874<br>Fax: 703-607-1316<br>On-Site: |
| Sales Mgr: Billie Lewis | Catering Sales Mgr: Liz P. Rauschuber |

| Date | Time | Room | Function | Set-up | AGR | GTD | SET | Rental |
|---|---|---|---|---|---|---|---|---|
| 13, 2002 | 7:30 AM - 4:30 PM | Madero | Meeting | C/R | 30 | | | |
| 13, 2002 | 9:30 AM - 10:00 AM | Madero | Break 7:30am | | 30 | | | |
| 13, 2002 | 2:30 PM - 3:00 PM | Madero | Break CTA soda/H2O | | 30 | | | |

### Set Up

Event: 7:30 AM

Classroom Style

Breaks ~~outside~~ Back of the room

### Audio Visual Requirements

Event: 7:30 AM

Screen @ $30.00

Client Providing:
LCD Projector & Computer

Presentation Services bills own Audio Visual

### Billing

Direct Bill

Tax Exempt

### Special Instructions

(1) phone line @ $75.00/day

Nothing is allowed to be taped/tacked on meeting room walls. Arrangements can be made for assistance to hang banners. Damage done to walls will be added to your billing @ $100.00 Per Panel Damaged

All Boxes Delivered are subject to a Handling Fee @ $2.00 Per Box

### Add CTA Menus

Event: 9:30 AM

Freshly Brewed Starbucks Coffees, Decaffeinated Coffee and Selection of Hot Teas @ $60.00 Per Gallon

Assorted Soft Drinks to include Diet (Charge on Consumption) @ $3.50 Each

Assorted Mineral Waters (Charge on Consumption) @ $3.50 Each

3 Dozen ~~Assorted Granola Bars @ $30.00 Dozen~~ Breakfast Breads £35/dz

Event: 2:30 PM

Freshly Brewed Starbucks Coffees, Decaffeinated Coffee and Selection of Hot Teas @ $60.00 Per Gallon

Assorted Soft Drinks to include Diet (Charge on Consumption) @ $3.50 Each

Assorted Mineral Waters (Charge on Consumption) @ $3.50 Each

3 Dozen Chocolate Walnut Brownies and White Chocolate Blondies @ $35.00 Per Dozen

### Beverage Selections

FEB 07 2002

*All Room Rental, Food, and Non-Alcoholic Beverage prices are subject to 20% Svc Charge & Sales Tax.*

Organization Authorized Signature Date

Liz P. Rauschuber Date

# The Westin Riverwalk

420 West Market Street• San Antonio 78205 • (210) 224-6500

## Banquet Event Order

**BEO #:** [redacted]

| | | | |
|---|---|---|---|
| **Account:** | AIR NATIONAL GUARD BUREAU | **Event Date:** | Thursday, February 14, 2002 |
| **Post As:** | ANG-Care Training | **Contact:** | CMSGT Renee Chapman |
| **Address:** | 1411 Jefferson Davis Hwy<br>Suite 8500<br>Arlington, VA 22202 | **Phone:**<br>**Fax:**<br>**On-Site:** | 703-607-0874<br>703-607-1315 |
| **Sales Mgr:** | Billie Lewis | **Catering Sales Mgr:** | Liz P. Rauschuber |

| Date | Time | Room | Function | Set-up | AGR | GTD | SET | Rental |
|---|---|---|---|---|---|---|---|---|
| Feb 14, 2002 | 7:30 AM - 4:30 PM | ~~Sabino~~ Hidalgo | Meeting | C/R | 70 | 70 | | |
| Feb 14, 2002 | 9:30 AM - 10:00 AM | ~~Sabino~~ | Break | | 70 | 70 | | |
| Feb 14, 2002 | 2:30 PM - 3:00 PM | ~~Sabino~~ | Break | | 70 | 70 | | |

Add: 7:30am 1 gal coffee 3.50/ea [illegible]

### Set Up

**Event:** 7:30 AM

Classroom Style- set max # possible!

Breaks ~~outside the~~ Back of room

### Audio Visual Requirements

**Event:** 7:30 AM

Screen @ $35.00

Client Providing:

LCD Projector & Computer

**Presentation Services bills own Audio Visual**

### Billing

Direct Bill

Tax Exempt

9095

### Special Instructions

(1) phone line @ $75.00/day

Nothing is allowed to be taped/tacked on meeting room walls. Arrangements can be made for assistance to hang banners. Damage done to walls will be added to your billing @ $100.00 Per Panel Damaged

All Boxes Delivered are subject to a Handling Fee @ $2.00 Per Box

### Menus

**Event:** 9:30 AM

Freshly Brewed Starbucks Coffees, Decaffeinated Coffee and Selection of Hot Teas @ $60.00 Per Gallon

Assorted Soft Drinks to include Diet (Charge on Consumption) @ $3.50 Each

Assorted Mineral Waters (Charge on Consumption) @ $3.50 Each

3 doz Breakfast Breads @ 35/doz

~~6 Dozen Assorted Granola Bars @ $30.00 Dozen~~

3 doz fruit Empanadillas @ 35/doz

**Event:** 2:30 PM

Freshly Brewed Starbucks Coffees, Decaffeinated Coffee and Selection of Hot Teas @ $60.00 Per Gallon

Assorted Soft Drinks to include Diet (Charge on Consumption) @ $3.50 Each

Assorted Mineral Waters (Charge on Consumption) @ $3.50 Each

6 Dozen Assorted Texas Sized Cookies to include Chocolate Chip, Double Chocolate, Macadamia Nut, Peanut Butter, Oatmeal Raisin, and Sugar @ $33.00 Dozen

### Beverage Selections

38

FEB 07 2002

*All Room Rental, Food, and Non-Alcoholic Beverage prices are subject to 20% Svc Charge & Sales Tax.*

Organization Authorized Signature Date

Liz P. Rauschuber Date

# The Westin Riverwalk

Page: 1 of 1

420 West Market Street • San Antonio 78205 • (210) 224-6500

## Banquet Event Order

**BEO #:** [illegible]

| | | | |
|---|---|---|---|
| **Account:** | AIR NATIONAL GUARD BUREAU | **Event Date:** | Friday, February 15, 2002 |
| **Post As:** | ANG-Care Training | **Contact:** | CMSGT Renee Chapman |
| **Address:** | 1411 Jefferson Davis Hwy<br>Suite 8500<br>Arlington, VA 22202 | **Phone:**<br>**Fax:**<br>**On-Site:** | 703-607-0874<br>703-607-1316 |
| **Sales Mgr:** | Billie Lewis | **Catering Sales Mgr:** | Liz P. Rauschuber |

| Date | Time | Room | Function | Setup | AGR | GTD | SET | Rental |
|---|---|---|---|---|---|---|---|---|
| Feb 15, 2002 | 7:30 AM - 4:30 PM | Madero | Meeting | C/R | 42 | | | |
| Feb 15, 2002 | 8:30 AM - 10:00 AM | Madero | Break | | 42 | (42) | | |
| Feb 15, 2002 | 2:30 PM - 3:00 PM | Madero | Break | | 42 | | | |

Add: 7:30am ... GTD ... 3.50/...

### Set Up

Event: 7:30 AM

Classroom Style

Breaks ~~outside~~ back of the room

### Audio Visual Requirements

Event: 7:30 AM

Screen @ $35.00

Client Providing:
LCD Projector & Computer

Presentation Services bills own Audio Visual

### Billing

Direct Bill

Tax Exempt

### Special Instructions

(1) phone line @ $75.00/day

Nothing is allowed to be taped/tacked on meeting room walls. Arrangements can be made for assistance to hang banners. Damage done to walls will be added to your billing @ $100.00 Per Panel Damaged

All Boxes Delivered are subject to a Handling Fee @ $2.00 Per Box

### Menus

Event: 8:30 AM

Freshly Brewed Starbucks Coffees, Decaffeinated Coffee and Selection of Hot Teas @ $50.00 Per Gallon

Assorted Soft Drinks to include Diet (Charge on Consumption) @ $3.50 Each

Assorted Mineral Waters (Charge on Consumption) @ $3.50 Each

Danish Muffins @ 35/dz
4 Dozen ~~Assorted Granola Bars @ $36.00 Dozen~~

Event: 2:30 PM

Freshly Brewed Starbucks Coffees, Decaffeinated Coffee and Selection of Hot Teas @ $50.00 Per Gallon

Assorted Soft Drinks to include Diet (Charge on Consumption) @ $3.50 Each

Assorted Mineral Waters (Charge on Consumption) @ $3.50 Each

4 Dozen Chocolate Walnut Brownies and White Chocolate Blondies @ $36.00 Per Dozen

### Beverage Selections

FEB 07 2002

*All Room Rental, Food, and Non-Alcoholic Beverage prices are subject to 20% Svc Charge & Sales Tax.*

Organization Authorized Signature Date

Liz P. Rauschuber Date

OCT. -02' 02 (WED) 16:24 WESTIN RIVERWALK TEL:210 444 6000 P. 012

# The Westin Riverwalk

West Market Street · San Antonio 78205 · (210) 22[illegible]

Page: 1 of 1

## Banquet Event Order

**BEO #: 9233**

ount: AIR NATIONAL GUARD BUREAU
Event Date: Friday, February 15, 2002

Ac: ANG-Core Training
Contact: CMSGT Renay Chapman

ress: 1411 Jefferson Davis Hwy, Suite 8600, Arlington, VA 22202
Phone: 703-607-0874
Fax: 703-607-1315
On-Site:

s Mgr: Billie Lewis
Catering Sales Mgr: Liz P. Rauschuber

| Date | Time | Room | Function | Setup | AGR | GTD | SET | Rental |
|---|---|---|---|---|---|---|---|---|
| 15, 2002 | 7:30 AM - 4:30 PM | Villa | Meeting | C/R | 32 | | | |
| 15, 2002 | 9:30 AM - 10:00 AM | Villa | Break | | 32 | | | |
| 15, 2002 | 2:30 PM - 3:00 PM | Villa | Break | | 32 | | | |

Hidalgo

Add 1:30 Soda & H/O

### Set Up

vent: 7:30 AM

Classroom Style

Breaks outside the room

### Audio Visual Requirements

vent: 7:30 AM

Screen @ $35.00

Client Providing:
LCD Projector & Computer

Presentation Services bills own Audio Visual

### Billing

Direct Bill

Tax Exempt

### Special Instructions

(1) phone line @ $75.00/day

Nothing is allowed to be taped/tacked on meeting room walls. Arrangements can be made for assistance to hang banners. Damage done to walls will be added to your billing @ $100.00 Per Panel Damaged

All Boxes Delivered are subject to a Handling Fee @ $2.00 Per Box

### Menus

Event: 9:30 AM

Freshly Brewed Starbucks Coffees, Decaffeinated Coffee and Selection of Hot Teas @ $80.00 Per Gallon

Assorted Soft Drinks to Include Diet (Charge on Consumption) @ $3.50 Each

Assorted Mineral Waters (Charge on Consumption) @ $3.50 Each

~~3 Dozen Assorted Granola Bars @ $30.00 Dozen~~ Danish Muffins @ 35/doz

Event: 2:30 PM

Freshly Brewed Starbucks Coffees, Decaffeinated Coffee and Selection of Hot Teas @ $80.00 Per Gallon

Assorted Soft Drinks to Include Diet (Charge on Consumption) @ $3.50 Each

Assorted Mineral Waters (Charge on Consumption) @ $3.50 Each

3 Dozen Chocolate Walnut Brownies and White Chocolate Blondies @ $35.00 Per Dozen

### Beverage Selections

FEB 07 2002

*All Room Rental, Food, and Non-Alcoholic Beverage prices are subject to 20% Svc Charge & Sales Tax.*

nization Authorized Signature Date Liz P. Rauschuber Date