**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WESTIN RIVERWALK,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 04-1490C<br>(Judge G.W. Miller) |

DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT

Pursuant to Rule 56(h) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully submits the following proposed findings of uncontroverted fact in support of its motion for summary judgment.

1. Plaintiff, Westin Riverwalk ("Westin"), is a hotel located in San Antonio, Texas. Compl. at pg. 1.[1]

2. Plaintiff entered into contract number DAHA90-02-P-0063 with the National Guard Bureau's Acquisition Office ("NGB-AQ") on February 1, 2002. A 1.[2]

3. The contract was for: (1) food and beverage service and (2) audio visual equipment that were to be provided for the Air National Guard ("ANG") at the Westin from February 11 to February 15, 2002. A 2-3.

4. The contract reflected a total award amount of $4,928.00. A 1.

5. The contract incorporates FAR 52.212-4, "Contract Terms and Conditions–-Commercial Items," dated May 2001. A 3.

---

[1] "Compl.___" refers to plaintiff's complaint filed with the Court on September 24, 2004.

[2] "A ___" refers to the appendix, filed simultaneously with defendant's motion for summary judgment.

6. Contracting Officer Mary Ann Enz signed the contract upon behalf of the Government. A 1.

7. Two ANG conferences took place at the Westin between February 11 and February 15, 2002. A 8-9.

8. Fifty-eight people attended the first conference, which occurred on February 12 and February 13, 2002. A 8.

9. Sixty-nine people attended the second conference, which occurred on February 14 and February 15, 2002. Id.

10. Chief Master Sergeant Renee Chapman served as the contracting officer's representative during the conferences at the Westin. A 3. She was not, nor is currently, a contracting officer. A 21.

11. The contracting officer, Mary Ann Enz, did not delegate contracting authority to anyone on the contract. A 19.

12. After the conference, on February 19, 2002, the ANG received an invoice from the Westin requesting payment in the amount of $9,125.33. A 15.

13. Chief Master Sergeant Chapman disputed the amount of this invoice with Jane Troester, Westin's Credit Manager, via electronic mail on March 21, 2002. A 16.

14. On March 26, 2002, the ANG received another invoice from the Westin requesting payment in the amount of $4,378.77. A 17.

15. On April 23, 2002, the Air National Guard Financial Office ("ANG/FMFA") made a payment to Westin in the amount of $4,378.77. A 18.

16. On September 18, 2003, Westin, through counsel, made a claim upon contract number

DAHA90-02-P-0063 in the amount of $4,746.56 to Contracting Officer Mary Ann Enz. Compl. (attachment 1).

17. Contracting Officer Mary Ann Enz did not respond to Westin's claim.

18. Westin filed this lawsuit on September 24, 2004. Compl. at pg. 1.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Patricia M. McCarthy for
Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 307-0972

OF COUNSEL:

BURTON GRAY
Attorney
Litigation & Employment
Law Section
Office of the Chief Counsel
National Guard Bureau
Arlington, VA 22202-3231

June 30, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June 2005, a copy of the foregoing "DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad