# In the United States Court of Federal Claims

**No. 04-1490 C**

**WESTIN RIVERWALK,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed October 19, 2005, granting defendant's motion for summary judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant.

Brian Bishop
Clerk of Court

**October 19, 2005** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.